# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                PLAINTIFF

v.          CASE NO. 4:06-CR-00041-BSM

ANTOINE DEMETRIS BAKER               DEFENDANT

## ORDER

Antoine Demetris Baker's motion to vacate, set aside, or correct his sentence [Doc. No. 451] is denied because it is an unauthorized successive habeas petition, and Baker has not obtained permission from the Eighth Circuit to file this motion. *See* Doc. Nos. 405, 424.

IT IS SO ORDERED this 17th day of March, 2021.

                                            _____
                                            UNITED STATES DISTRICT JUDGE