FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 9 2022

2022 AUG 29 A 10:04

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

ANTOINE DEMETRIS BAKER,
TAMMY H DOWNS    Petitioner,

No. 4:06 CRD0041-01 BSM

v

UNITED STATES OF AMERICA
Respondant,

_____/

MOTION FOR COMPASSIONATE RELEASE
UNDER 18 U.S.C. §3582(c)(1)(A)
FOR REDUCTION IN SENTENCE

Comes Now, Petitioner Antoine Demetris Baker (hereinafter "Baker") moves this Court for Compassionate Release under 18 U.S.C. §3582(c)(1)(A) for a sentence reduction based on "extraordinary and compelling reasons" (1) Debilitated Medical condition (2) Debilitated Mental Health condition (3) Post-Conviction Rehabilitation (4) Consideration Petitioner has a (50) fifty year sentence in the Arkansas Department of Correction. Baker request reduction in sentence on concurrent sentences of (Life imprisonment) on counts 7, 8, 9, and 10

## THE LAW

While the amended version of 18 USC 3582(c)(1)(A) authorizes by the First Step Act does not define "extra-ordinary and compelling reasons," Congress authorized the Sentencing Commission to "describe what should be considered extraordinary and compelling reasons for a sentence reduction, including the criteria to be applied and a list of specific examples" 28 U.S.C. 8994(t). The Commission enumerates serveral "extraordinary and compelling reasons" justifying a reduction of sentence, including the "medical condition of the defendant, "the defendants age and family circumstances" U.S.S.G 1B1. 13 cmt. n. 1 (A)-(C).

As relevant here, a defendant's medical condition, in narrow circumstances, may form the basis for a reduction in sentence under the Commissions policy statement. The policy statement provides that a reduction is warranted if the defendant is suffering from either (1) a "terminal illness" or (2) a serious physical or

mental condition "that substantially diminishes" the ability of the defendant to provide self-care and "from which he or she is not expected to recover." U.S.S.G. §1B1.13 cmt. n. 1 (A). The policy statement also provides a catch-all provision, allowing courts to consider "other extraordinary and compelling reasons that exist either separately or in combination with previous described categories. United States v. Walker, no. 16-cr-33(1)(DWF/LIB (D. Minn. May 14, 2020) (citing U.S.S.G. §1B1.13)

STATUTORY DIRECTIVE OF 18 U.S.C. §§582(c)(1)(A)

To apply the Commission's guidance above, in conjunction with the amended statutory directive in 18 U.S.C. § 3582 (c)(1)(A), numerous district courts, including in this district have found that the following three issues must be considered in evaluating a compassionate release applicatie (1) whether "extraordinary and compelling reasons warrant a sentence reduction consistent with the Sentencing Commission's policy statement"; (2) whether the sentencing

factors under 3553(a), to the extent they are applicable," weigh in favor of a sentence reduction, and (3) whether the "prisoner is a danger to the safety of any other person or to the community." United States v White, 13-cr-20653, 2020 U.S. Dist. Lexis 88542, 2020 WL 2557077 (E.D. Mich. May 20, 2020)

I

IN REVIEWING §3553(a) FACTORS PETITIONER REQUEST THE COURT TO CONSIDER HIS CURRENT DEBILITATED MEDICAL CONDITION AFTER ALMOST DYING FROM COVID-19 IN 2021, WHICH CAUSED INCURABLE PROGRESSIVE ILLNESSES TO HIS ORGANS WHICH HAS CAUSED LIMITED SELF-CARE THROUGH FUNCTIONAL IMPAIRMENTS

In the above matter on or about 2/5/2021 while housed at U.S.P. Florence Baker contracted Covid-19 from BOP employee's that worked at the facility. While Health Service staff was performing temperature and oxygen level checks on or about February 13, 2021 of Baker when they intially found him to be displaying severe symptoms of respiratory distress due to Covid-19 his oxygen saturation was 84% on room air while he was breathing rapid and shallow only able to speak 2 or 3 sentences, he was not even able to get up to get a drink of water or provide self-care for himself, so he was sent to the local emergency room. SEE Exhibit (A) BOP Health Service Records

Baker was admitted to (2) two seperate hospitals one after the other based on the critical conditions of his health and he had to be placed in ("intensive care") unit at (Penrose Hospital.) SEE Exhibit (C) Medical Records from Penrose Hospital, adm: 2/15/2021, D/c : 3/2/2021

After being discharged from Penrose Baker was admitted the same day to (St. Thomas More hospital) 3/2/2021 records reveal he had "Covid pneumonia", Shortness of breath, lung parenchymal windows demonstrated bilateral peripheral opacities consistent with infiltrates and probable pneumonia involving the bilateral upper lobes, associated was groundglass opacities consistent with pneumonia, edema or ateleclasis noted, etc. etc. SEE Exhibit (B) Medical Records St. Thomas More Hospital

In this matter as a result to this current date and time Baker still suffers from several complications from the organ damage caused by him contracting Covid-19 from employees at his facility. he now has functional impairments and debilitated medical conditions.

6

# A. DEBILITATED MEDICAL CONDITION

In this matter Baker is now faced with an incurable progressive illness and is suffering from a debilitating injury from which he will not recover. Baker awares this Court although he is no longer positive for Covid-19 the disease left him with a long term sequelae of complications. SEE St. Thomas More document attached to this page and Penrose documents

The long term sequelae of complications are as follows:

- Capable of only limited self-care being confined to chair more than 50% percent of walking hours

- Functional impairment sequelae — Limitations on activities of daily living cleaning room dressing self and showering Baker gets very winded and tired performing above activies

- Nerve damage, wakes up with chest pain every morning

The above terminal medical conditions associated with functional impairments is a factor when considering the inmate's ability or inability to reoffend.

Name: BAKER, ANTOINE (M)     MRN: CEUE01852660     Account Number: 1500718517     Admission Date: 03/02/2021

**Progress Note - KILPATRICK, DAVID 03/11/2021 12:45**

CEUE01852660   Baker,Antoine                              04/19/1979   M
St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212                           FCP 23974-009
HNO ID: 899989107
Author: David Michael Kilpatrick, MD
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 3/11/2021 12:47 PM
Authentication Info: Progress Notes by David Michael Kilpatrick, MD at
3/11/2021 12:45 PM
Note Text:
 Progress Note
Patient Name:       Antoine Baker
Date of Birth:        4/19/1979
Medical Record #:   CEUE01852660
Length of Stay: 9
Hospital Problem List
  (Principal) COVID-19
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/11/2021
12:45 PM by David Michael Kilpatrick, MD
   3/6: Patient has completed his course of treatment.  Continues on 4 L of
oxygen.  He states that he was not previously on oxygen.
   3/7:  Very weak and will continue with therapy.
   3/8:  Post COVID weakness.
   3/10:  Continues with weakness and hypoxia which is long term residual
from the COVID infection.   This may go on for some time.
   3/11: Discussed with him the long-term sequelae of some patients after the
SARS-CoV-2 infection.
   Acute respiratory failure with hypoxia (CMS/HCC) (Chronic)
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/11/2021
12:44 PM by David Michael Kilpatrick, MD
   3/6: Titrate oxygen as tolerated.
   3/7:  Oxygen needs up a bit overnight.  We were able to titrate down later
today.  Currently 4 LPM  Started on IV solumedrol 125mg q 6 hr and
albuterol MDI.
   3/8:  Pt is only achieving IS volumes of 250 ml to 500 ml. PEP therapy
started QID.  Continue on solumedrol IV overnight and transition to oral
steroid.
   3/10:  Continues on steroid taper, mobic for inflammatory pleuritic pain.
   3/11: This seems to be doing significantly better.  He is down to 1 L of
oxygen today.  We will continue to work on tapering.  Should be able to go
back soon.
   General weakness
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/11/2021
12:45 PM by David Michael Kilpatrick, MD
   3/6: We will continue with physical therapy for strengthening while in

8

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this
information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-
6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

*PLP 23974-009*

## 02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (continued)

**Notes (continued)**

And that resolved his severe tachypnea and appeared much more comfortable

Talked about plan
About the o2
He does state he is breathing easier with this new method of o2 delivery
I did state this is one of the extra things we can use to help
As it delivers more oxygen for him
And he doesn't have to work as hard

He did state he tried to get to side of bed to pee again
On bedside toilet
But just that little amount of movement
Was so much he couldn't tolerate
He was so short of breath

Another question/comment he had was that due to the amount of breathing, he started having R upper abd muscle cramps/pain

One of the guards spoke up and she said yea, when that thing acts up he curls up in a fetal position as it really hurts him (objectively)

I talked about yea how the extra energy/wob is required in such instances that isn't surprising
And I can add an as needed med (muscle relaxant) that he can call for to help

All questions answered
(pt and guards)

CC time: 40 mins
Patient has illness/injury impacting one or more vital organ systems; high probability of deterioration in patient's condition (including but not limited to death/permanent debility); see above vapotherm

No acute events overnight per staff except as stated above
Bedside rounds performed with staff

**Objective**

**Physical Exam:**
Const: NAD, appropriate grooming
Eyes: PERRL, anicteric, no ptosis
CV: RRR, without appreciable r/g, no peripheral edema
Pulm: pt on vapotherm 40lpm 100% fio2, however he doesn't have any wob at rest without speech compared to hfnc 15lpm he did; granted, even with the vapo, he is still at a few word dyspnea when he has to talk (it's quite a bit of work to get out a sentence)
Abd: Soft, NT (no current abd muscl spasm), ND, cannot appreciate frank hepatomegaly/splenomegaly
Skin: tattooes everywhere on extremities/neck/etc

# II

IN REVIEWING §3553(a) FACTORS PETITIONER REQUEST THE COURT TO CONSIDER HIS CURRENT DEBILITED MENTAL CONDITION THAT SUBSTANTIALLY DIMINISHES ABILITY TO PROVIDE SELF CARE WHICH HE IS NOT EXPECTED TO RECOVER

In this matter Baker's mental health condition is a factor in granting him a reduced sentence under 18 U.S.C. §3582(c)(1)(A). This issue also fits squarely within U.S.S.G. §1B1.13 in reviewing §3553(a). Baker submits that the sentencing record is void as to even mentioning his mental condition citied with mentioning it with §3553(a) factors. the only consideration that was given is Baker takes medication for seeing things and hearing voices. SEE Sentencing Transcripts :

THE Court: Okay. And I know that you are on medication now?

THE Defendant: Yes, sir.

THE Court: Do you know what you're on?

THE Defendant: I don't know the name of it.

The Court: Okay. And what is the medication for?

The Defendant: Seeing things and hearing voices

10

In considering Baker's mental conditions under §3553(a) for a sentence reduction records indicate he suffers from "schizophrenia," "organic brain disease," "hallucinations," "anxiety" "depression," and "paranoia," also his pass and present medications include Doxepin, Cogentin, Trizer Dome, Prolixem, Klonopin, Injections of Prolixion which has been replaced with injections of Hadol, Zyprexa, Zoloft, Eypexa, Benztropine, and prozac. SEE Exhibit (D)

A. BAKERS MENTAL CONDITION SUBSTANTIALLY DIMINISHES HIM TO PROVIDE SELF-CARE WHICH HE WILL NOT RECOVER FROM WARRANT A REDUCED SENTENCE AT LEAST

In this matter Baker submits that his mental condition substantially diminishes him to provide self-care which he will not recover. Baker has to use other inmates to help him with normal everyday activities such as writing, letters, comprehension, guiding him around the institution, take him to pill-line to take his medicines when its time, etc. etc. Over the years of his incarceration as he got older he is calmer, slow to pick up on everyday activities, however this current mental function impairment was not

foreseeable at the time of Bakers sentencing and is essential when considering his inability to reoffend, especially when considering his "medical condition" after Covid-19 impacted his health combined with this "mental health factor" warrants a sentence reduction atleast based on "extraordinary and compelling reasons" under the amended version of §3582 (c)(1)(A) authorizes by the First Step Act and U.S.S.G. 1B1.13.

## III

## IN REVIEWING §3553(a) FACTORS PETITIONER REQUEST THE COURT TO CONSIDER PETITIONERS POST CONVICTION REHABILITATION COMPLETIONS

In the matter in reviewing Bakers "extraordinary and compelling reasons" post-covid medical conditions and mental health conditions his post conviction rehabilitation weighs favorly, because although he has disabilities mentally and physically he has still gave efforts to improve himself through education, although his mental health stands in his way he still self-improves. Most importantly he completed and participated in (THE STOP THE VIOLENCE) . (VICTIM IMPACT and (Drug Education Program) see Exhibit (attached) and several other Educational Courses. The aforementioned completions stop the violence, victim impact and, drug education is evidence that he has rehabilitated for reasons in connection with his instant offense, this is a "extraordinary and compelling reason" for atleast a reduced sentence.



**Individualized Needs Plan - Program Review     (Inmate Copy)**

SEQUENCE: 01386609

Dept. of Justice / Federal Bureau of Prisons

Team Date: 09-08-2021

Plan is for inmate: BAKER, ANTOINE DEMETRIS  23974-009

| | | | | |
|---|---|---|---|---|
| Facility: | FLP  FLORENCE HIGH USP | | Proj. Rel. Date: | UNKNOWN |
| Name: | BAKER, ANTOINE DEMETRIS | | Proj. Rel. Mthd: | LIFE |
| Register No.: | 23974-009 | | DNA Status: | FLP01789 / 03-07-2011 |
| Age: | 42 | | | |
| Date of Birth: | 04-19-1979 | | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ARKANSAS | WNO: 533424, 533426, 533358, 533352, 533346 |
| | CASE NO. CR2006001105; MURDER 1ST DEGREE |
| | (TRIED AND SENTENCED) |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | UNASSIGNED | UNASSIGNED | 06-18-2021 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | ESL HAS | ENGLISH PROFICIENT | 11-24-2009 |
| FLP | GED EN | ENROLL GED NON-PROMOTABLE | 11-24-2009 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLP | | GED 9:00 TO 11:00AM ROOM 114 | 08-26-2021 | CURRENT |
| FLP | C | SHU ACE CLASS FINANCE PT 1 | 10-14-2020 | 10-28-2020 |
| FLP | C | SHU ACE CLASS CONSPLN | 09-30-2020 | 10-14-2020 |
| FLP | C | SHU ACE FAMILY | 05-06-2020 | 05-20-2020 |
| ALP | W | BEGINNING PREGED 0730-0930 | 06-05-2019 | 02-26-2020 |
| ALP | C | ACE STOP THE VIOLENCE CLASS | 07-18-2019 | 09-26-2019 |
| ALP | C | ACE VICTIM IMPACT COURSE | 07-15-2019 | 09-24-2019 |
| MCR | W | BEGINNING SKETCH CLASS | 01-16-2019 | 04-05-2019 |
| MCR | C | INTERMEDIATE PAINTING M-F 5-7P | 03-13-2017 | 05-30-2017 |
| MCR | C | PARENTING 1 THURS 6-8 PM | 01-13-2016 | 03-15-2016 |
| MCR | C | CHESS CLASS | 08-01-2015 | 10-22-2015 |
| MCR | C | CHESS CLASS | 05-02-2015 | 07-15-2015 |
| MCR | C | CROCHET CLASS WED/THURS 6-8 P | 05-04-2015 | 05-04-2015 |
| MCR | C | BEADING CLASS MON/TUES 6-8 PM | 05-29-2015 | 07-09-2015 |
| HAZ | C | (PG) FORGIVE: PEACE W/PAST-RPP | 11-12-2013 | 02-05-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-10-2018 |
| CARE2-MH | CARE2-MENTAL HEALTH | 04-02-2021 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 03-15-2021 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 06-07-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-10-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 03-15-2016 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

```
  FLPCX            *        INMATE EDUCATION DATA        *      04-02-2022
PAGE 001 OF 001 *                 TRANSCRIPT            *      07:17:08

REGISTER NO: 23974-009    NAME..: BAKER                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FLP-FLORENCE HIGH USP

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FLP  ESL HAS    ENGLISH PROFICIENT       11-24-2009 0001 CURRENT
FLP  GED EN     ENROLL GED NON-PROMOTABLE 11-24-2009 0001 CURRENT
FLP  GED SAT    GED PROGRESS SATISFACTORY 10-25-2021 0001 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV   HRS
FLP        GED 9:00 TO 11:00AM ROOM 114  08-26-2021 CURRENT
FLP        HISTORY OF USA PART 1 ACE  02-01-2022 02-15-2022 P  C  P     6
FLP        SHU ACE CLASS FINANCE PT 1 10-14-2020 10-28-2020 P  C  P     6
FLP        SHU ACE CLASS CONSPLN      09-30-2020 10-14-2020 P  C  P     6
FLP        SHU ACE FAMILY            05-06-2020 05-20-2020 P  C  P     6
ALP        BEGINNING PREGED 0730-0930 06-05-2019 02-26-2020 P  W  I   236
ALP        ACE STOP THE VIOLENCE CLASS 07-18-2019 09-26-2019 P  C  P    10
ALP        ACE VICTIM IMPACT COURSE   07-15-2019 09-24-2019 P  C  P    20
MCR        BEGINNING SKETCH CLASS     01-16-2019 04-05-2019 P  W  V     0
MCR        INTERMEDIATE PAINTING M-F 5-7P 03-13-2017 05-30-2017 P  C  P    2
MCR        PARENTING 1 THURS 6-8 PM   01-13-2016 03-15-2016 P  C  P    16
MCR        CHESS CLASS               08-01-2015 10-22-2015 P  C  P     2
MCR        CHESS CLASS               05-02-2015 07-15-2015 P  C  P     2
MCR        CROCHET CLASS WED/THURS 6-8 P 05-04-2015 05-04-2015 P  C  P    2
MCR        BEADING CLASS MON/TUES 6-8 PM 05-29-2015 07-09-2015 P  C  P    2
HAZ        (PG) FORGIVE: PEACE W/PAST-RPP 11-12-2013 02-05-2014 P  C  P   24


--------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST       SCORE    TEST DATE     TEST FACL  FORM      STATE
TABE D     BATTERY        3.4     08-22-2019    ALP        10
           LANGUAGE       3.7     08-22-2019    ALP        10
           MATH APPL      3.7     08-22-2019    ALP        10
           MATH COMP      3.4     08-22-2019    ALP        10
           READING        9.4     01-14-2016    MCR        10
           TOTAL MATH     3.4     08-22-2019    ALP        10
```

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

EMS-409.051 **REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE(S)**
SEP 2006
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| From: H. Quay, Complex Warden | Facility:   USP Allenwood, PA | Date: January 21, 2020 |
|---|---|---|

| Inmate's Name<br>Baker, Antoine Demetris | Register No.<br>23974-009 |
|---|---|

To: (Designation and Sentence Computation Center Administration)

__X__  Transfer to: Lesser Security, Nearer Release (308/313) Transfer to any appropriate medium-security facility Near Arkansas.
__X__  Management Variable(S) ___(S) Public Safety Factor (PSF) waived.___
____  Update Management Variable Expiration Date.  (New Date): _____

1.  Inmate's Medical Status: Inmate Baker is a Care Level 1 Medical inmate and Care Level 1 Mental Health Status.  There are no known concerns to preclude a transfer at this time.

2.  Institution Adjustment: Inmate Baker was committed to USP Allenwood, PA, on May 13, 2019, as a transfer from USP McCreary.  Inmate Baker has satisfactory institutional adjustment.

3.  Rationale for Referral:  Inmate Baker is classified as a 25-point High Security Level inmate with "IN" custody and Public Safety Factors of Greatest Severity, Sentence Length and Phone Abuse. His legal residence is Little Rock, Arkansas. Baker has demonstrated he no longer requires the security constraints present in a high security level facility. Therefore, Unit Team feels he would be a suitable candidate for a lesser security transfer with a Management Variable of Public Safety Factor Waived. Baker has been incarcerated continuously since October 18, 2007 and has maintained clear conduct since April, 2012.

It should be noted the request for PSF waiver has been denied on multiple occasions. Presumably, this is based on the inmates security point total (25 points) falling in the high range. Inmate Baker has now been in custody for more than twelve years and has not incurred any discipline infractions for eight years. No further reduction in Baker's security total is anticipated until 2022 (when the violence history would reach more than ten years). Because he has demonstrated a prolonged period of positive adjustment, inmate Baker has shown that he can be appropriately managed at a medium security facility. Despite the numerus denials of this waiver request, inmate Baker has continued to interact with staff and inmates in a positive manner. Accordingly, transfer to a medium security level facility in relative proximity to his Arkansas release residence is warranted.  He was last denied a PSF waiver in January 2019, and it was noted by DSCC to resubmit in one year.

| 4a.   Parole Hearing Scheduled: ___ YES   __X__ No | b.   If yes, when_____ |
|---|---|

5.     Note any past or present behavior and/or management/inmate concerns: Inmate Baker is a 40 year old male serving a Life sentence from the Eastern District of Arkansas, for conspiracy to kill a witness, and A&A the killing of a witness, ten year sentence for witness tampering, five year sentence for using a firearm during a drug offence, and a ten year sentence for felon in possession of a firearm. During his term of incarceration thus far, he received multiple discipline infractions. He has a current STG assignment of Black Gangster Disciples member, and history of phone abuse.

6. BP337/BP338 Discrepancies: There are discrepancies noted between the BP-337 and BP-338. The BP-338 had been updated to reflect detainer as none since his state detainer will expire before the conclusion of his Federal sentence. The BP-338 has been updated to reflect drug/alcohol as never or greater than five years. The BP-338 has been updated to reflect escapes as greater than ten years, and violence to five to ten years minor due to incurring an incident report for assaulting without serious injury on April 16, 2012. The BP-338 has been updated to reflect his enrollment in the GED program. The BP-337 lists escapes as less than five years minor. Due to the passing of time the BP-338 lists escapes as greater than ten years minor.

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
| Inmate Profile | CIM Clearance and Separatee Data |
|---|---|
| Inmate Load Data | Custody Classification Form |
| Sentence Computation | Chronological Disciplinary Record |

| Prepared by: (Case Manager)<br><br>A. Delmonico | Unit Manager Signature<br><br>B. Vegh |
|---|---|



This Certificate of Completion

is hereby given to

ANTOINE BAKER

on this date

SEPTEMBER 12, 2019

For the completion of the ACE

Course

STOP THE VIOLENCE

Presented by

_____

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD



This Certificate of Completion

is hereby given to

ANTOINE BAKER

on this date

# SEPTEMBER 16, 2019

For the completion of the ACE Course

# VICTIM IMPACT:

# LISTEN & LEARN

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD



*Federal Bureau of Prisons,*
*USP McCreary*

# Certificate of Completion

*to*

*Antoine Baker*

*#23974-009*

Has successfully completed the Drug
Education Program

*03/15/2016*

J. Pittman, DTS

## IV

IN REVIEWING § 3553(a) PETITIONER REQUEST THE COURT TO CONSIDER IF A SENTENCE RENDITION IS GRANTED PURSUANT TO 18 U.S.C. §3582(c)(1)(A) PETITIONER STILL HAS (50) FIFTY YEARS IN THE ARKANSAS DEPARTMENT OF CORRECTIONS TO SERVE THIS FACTOR HE REQUEST TO BE VIEWED WITH HIS CURRENT AGE AND FAMILY VISITING CIRCUMSTANCES

This Court may consider whether the time the defendant has already been incarcerated has imposed a sufficiently significant sanction for conduct at issue. Gray, 209 U.S. Dist. Lexis 160593, 2019 WL 4572816 at *5 (citing §3553(a)(2) and (6)). Also, even if a compassionate release/reduction in sentence might result in a sentencing disparity, that disparity may be warranted, in light of the "extraordinary and compelling circumstances" presented. Spears, 2019 U.S.

In this matter Baker request this Court to consider the fact that if he is granted a sentence reduction on counts 1 through 10 which he is sentenced to (Life) imprisonment concurrently he would still have (50) fifty years of imprisonment to serve in the

State of Arkansas Department of Corrections.
SEE Presentence Report page 9 paragraph 64
(attached to claim) This aforementioned factor is
significant considering Baker's age, family circumstances
and time he has served in the Bureau of Prisons
unable to see his family based on where he is
housed. These factors combined with all the aforementioned
factors Baker request reduction of sentence based
on "extraordinary and compelling circumstances."
As to the (50) fifthy years he has to serve in the
Arkansas Department of Corrections with a reduced
sentence in federal custody he still would not reap
any benifits of release and he would still be serving
time till he is old, very old, but he would be able
to see his four daughters, three sons, and nine grand-
-children more frequently and establish relationship
and family ties which is needed. This factor is
very sensitive in nature, because it deals with
nine grandchildren who wants to build a relationship

18

with their grandfather and has not had any opportunity to do so. As previously mentioned. Baker would not reap the benifits of release from imprisonment, so there would not be any sentencing disparity in this matter, but this factor combined with all other previous factors in this motion points in the favor of atleast granting Baker a reduction in sentence under 18 U.S.C. §3582(c)(i)(A) based on all the "extraordinary and compelling circumstances"

## CONCLUSION

WHEREFORE, for all the foregoing reason. Baker request a "reduction in sentence" on counts 7-10 to which he was sentenced (Life) imprisonment for based on all the aforemention facts he ask this Court to consider under §3553(a) in this motion pursuant to 18 U.S.C. §3582(c)(i)(A). For all the reasons stated within Baker has satified the "extraordinary and compelling circumstances" standard and pray the court grant relief requested        /S/ Antoine Baker

## CERTIFICATE OF SERVICE

I Antoine Baker certify that the foregoing Motion for Compassionate Release under 18 U.S.C. §3582(c)(1)(A) was mailed to the Eastern District of Arkansas, 600 West Capital Avenue, Little Rock, Arkansas 72201 on this 21 day of August 2022

/s/ Antoine Baker

| 64. | 01/23/06 (Age 26) | Ct. 1: Capital murder Ct. 2: Possession of a firearm by certain persons; Pulaski County Circuit Court, Little Rock, Arkansas Dkt. No. CR2006-1105 | 11/02/06: Found guilty; Ct. 1: 50 years incarceration Ct. 2: *Nolle prossed* | 4A1.1(a) | 3 |

Mr. Baker was represented by Bill James. Offense details reflect **Mr. Baker**, and Willie Davis, Jr., entered the residence of Bryant Caster and shot him to death with handguns while Don McTyre-Johnson waited in the vehicle. **Mr. Baker** is eligible for parole on November 1, 2041.

Criminal History Computation

65.  The criminal convictions listed above result in a subtotal criminal history score of 19.  17

66.  Pursuant to U.S.S.G. § 4A1.1(d), two points are added if the defendant committed the offense while under any criminal justice sentence.  As referenced in paragraph 57, the defendant was placed on probation on April 21, 1999, and the offenses occurred from in or about Spring 2002 and continuing to in or about January 2007.  2

67.  Pursuant to U.S.S.G. § 4A1.1(e), one point is added if the defendant committed the offense less than two years after release from imprisonment.  As referenced in paragraph 57, the defendant was paroled on December 7, 2004, and the offenses occurred from in or about Spring 2002 and continuing to in or about January 2007.  1

68.  The total of the criminal history points is 20.  According to the sentencing table at U.S.S.G. Chapter 5, Part A, 20 criminal history points establish a criminal history category of VI.

Other Criminal Conduct

69.  Between February 24, 1995, and November 13, 1999, the defendant was cited (two arrests) in the jurisdictions of Little Rock District Court and Pulaski County, Arkansas, District Court for the following offenses: public intoxication; failure to appear (5); battery; stop signs and yield signs (2); driving while license suspended; no proof of insurance (3); violation of promise to appear (2); operating vehicle without license plate; registration to be signed and carried (2); operating vehicle without when license or registration suspended; failure to present drivers license; no proof of insurance; driving without a license; emerging from driveways; walking along roadways; and disorderly conduct in which he paid fines, court costs, and an unknown number of days to satisfy these cases. Had these been valid convictions, they would have received a total of one criminal history point.

Other Arrests

70.  On May 16, 1997, the defendant was arrested by the Little Rock, Arkansas, Police Department for battery in the second degree which was later *nolle prossed* in Little Rock, Arkansas, District Court in Dkt. No. 1997-7178. Additional offense details were requested but not received.



*Exhibit (A)*

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name:  BAKER, ANTOINE DEMETRIS | | Reg #:  23974-009 |
| Date of Birth:  04/19/1979 | Sex:  M    Race:  BLACK | Facility:  FLP |
| Encounter Date: 02/13/2021 16:40 | Provider:  Bailey, Nicholas RN | Unit:  B05 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          Provider:  Bailey, Nicholas RN

Chief Complaint:   Breathing Problems

Subjective:       While performing temperature and oxygen level checks on COVID-19 positive inmates, this
writer found this inmate to be displaying severe symptoms of respiratory distress due to
COVID-19.  Inmate oxygen saturation was 84% on room air and inmate was breathing rapid
and shallow.  He was able to speak in 2-3 word sentences and appears weak/fatigued.  He
reports that he has not been able to get up and drink water today.  Inmate was placed in a
wheelchair and brought to health services where he was placed on high flow O2 via NRB at 8
lpm and an 18ga iv was started after one attempt in his right AC.  Oxygen levels rose to 96-
97% via NRM.  On call physician was contacted and apprised of the inmate's
condition/presentation.  He discussed the possibility of sending the inmate to the hospital.
This writer felt the inmate could be stabilized with an IV bolus and the physician was in
agreement to attempt stabilization.  Physician gave orders for administration of dexadron
steroids to help the inmate's breathing.  No dexadron is available in the after hours formulary.
Physician was informed we only have solumedrol in our formulary.  He said not to give it.
Plan is to continue to monitor inmate and re-evaluate after IV bolus of lactated ringers and to
see if he remains at stable oxygen levels on the air concentration machine.  If inmate will not
stabilize, he will be sent to the local ER via ambulance.  1700 IV bolus complete, inmate
respiratory rates has decreased to 20 bpm.  Oxygen therapy change from NRM to nasal
cannula at 4 lpm and oxygen levels are maintaining at 95%.  inmate able to speak in 4-5 word
sentences now, but still unable to take deep breaths due to painful breathing.  Breathing
sounds more easily auscultated at this time and found diffuse wheezing with wet sounds in
bases.  On call physician was contacted and discussion of possible COVID pneumonia was
considered.  Plan is to send inmate via ambulance to local ER for further evaluation.

Pain:        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 02/13/2021 16:51 |
| Location: | Generalized |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | positional |
| Relieving Factors: | positional |
| Reason Not Done: | |
| Comments: | |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name:  BAKER, ANTOINE DEMETRIS | | | | Reg #:  23974-009 | |
| Date of Birth:  04/19/1979 | Sex: | M | Race:  BLACK | Facility:  FLP | |
| Encounter Date: 02/15/2021 10:33 | Provider:  Bailey, Nicholas RN | | | Unit:  H01 | |

## ASSESSMENT:

Infection - Respiratory, Signs of

Inmate is presently on oxygen therapy in health services due to complications with COVID-19. Upon arrival found inmate lying on his bed, weak and only able to speak in 2 word sentences. Noted inmate was being provided oxygen at 2LPM via NRM with an O2 saturation of 85%. This writer immediately changed his oxygen administration to NC at 6 LMP and his oxygen levels increased to 89%. Inmate breathing is shallow and rapid. he does not have a fever at present, but reports full body aches, feeling malaise, fatigue, and severe weakness. Inmate's blood pressure was noted to be low compared to the evaluation this writer had conducted on him 2 days ago. Contacted on call physician and apprised him of the inmate's condition. Advised to give the inmate a 1 liter bolus of IV fluids and then re-evaluate. If inmate's vital signs and oxygen levels do not improve, the inmate is to be sent to the local ER. 10:53; 18ga IV started in left AC, 1 liter bag of lactated ringers started wide open. 11:10; half a liter IV bolus completed, BP increased and stabilized at 117/75 with heart rate of 83. Oxygen levels are now 96% on 4 LPM via NC.

Inmate lying on bed breathing rapid and shallow and able to speak in 1-2 word sentences. A/O x 4, skin is dry, CMS=intact
HEENT - Normocephalic presentation; Pupils=PERRLA; Ears=Unremarkable; Nares=Patent; Throat=patent, mucosa on lips is dry
CHEST/BACK - Lung Sounds audible B/L with wheezing; Chest rise/fall equal B/L with normal AP presentation; No abnormalities observed upon inspection
ABD - No abnormalities observed and inmate denies any complaints
EXT - No abnormalities observed and inmate denies any complaints; 18IV started in Left AC - one attempt with success. fluid administration started with no signs of infiltration observed.

injury assessment

Provide adequate decontamination from OC spray with soap and water. Assess inmate and obtain vitals. Clear inmate to be placed in SHU.

## PLAN:

## Disposition:

Placed in Quarantine

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/15/2021 | Counseling | Access to Care | Bailey, Nicholas | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bailey, Nicholas RN on 02/15/2021 13:52

Requested to be reviewed by Norton, Jade DO.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | BAKER, ANTOINE DEMETRIS | | | Reg #: | 23974-009 |
|---|---|---|---|---|---|
| Date of Birth: | 04/19/1979 | Sex: | M    Race:BLACK | Facility: | FLP |
| Note Date: | 02/18/2021 13:42 | Provider: | Norton, Jade DO | Unit: | H01 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Norton, Jade DO
Hospital: Penrose Main

1) Baker # 23974 - 41 yr old admitted on 2/15/21 for hypoxia and respiratory distress due to covid 19. Currently, condition is worsening with increase SOB and oxygen requirements.  O2 demand is 25 lpm on 2/18/21.  Prognosis is guarded.

He is housed on the covid unit floor.

USP Medical Holding Cells:

one holding cell occupied by suicide watch
Using 6/10 concentrators

STAY WELL

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Norton, Jade DO on 02/19/2021 13:44

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BAKER, ANTOINE DEMETRIS | | | | Reg #: | 23974-009 |
| Date of Birth: | 04/19/1979 | Sex: | M | Race: BLACK | Facility: | FLP |
| Note Date: | 03/01/2021 13:04 | Provider: | Hendricks, S. RN | | Unit: | H01 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**        Provider:   Hendricks, S. RN

        Hospital Report Obtained from the Case Manager via BOP Social Worker:
        He is on 3 LT, improving but needs physical assistance in getting out of bed, so they will put in a referral to St.
        Thomas Moore to transfer him over there.

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Hendricks, S. RN on 03/01/2021 13:05
Requested to be cosigned by  Norton, Jade DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  BAKER, ANTOINE DEMETRIS | | Reg #:  23974-009 |
| Date of Birth:  04/19/1979 | Sex:  M   Race:  BLACK | Facility:  FLP |
| Encounter Date:  03/22/2021 11:43 | Provider:  Bayer, S. PA-C | Unit:  C02 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  Bayer, S. PA-C

Chief Complaint:  INFECTIOUS DISEASE

Subjective:   Follow up for COVID recovered pt receiving supplemental O2. Pt states he feels the same today, no changes. He has been trying to go longer each day without O2 but still finds himself having a hard time catching his breath. He states he is moving around and walking as much as possible but still requires O2 for this. He is also waking uo throughout the night short of breath when he sleeps without O2. He is eating and drinking fine. He is using his incentive spirometer but admits that he does not do it as much as he was told.

Pain:         No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue

No: Chills, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, DOE, Dyspnea, Shortness of breath

No: Wheezing

**GI**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/22/2021 | 11:49 FLX | 92 | | | Bayer, S. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/22/2021 | 11:49 FLX | 20 | Bayer, S. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/22/2021 | 11:49 FLX | 138/84 | | | | Bayer, S. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/22/2021 | 11:49 FLX | 94 | Room Air | Bayer, S. PA-C |

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name:  BAKER, ANTOINE DEMETRIS | | | | | Reg #:    23974-009 | |
| Date of Birth:   04/19/1979 | | Sex: | M | Race:  BLACK | Facility:  FLP | |
| Encounter Date: 03/23/2021 09:07 | | Provider:  Resto, William MD/CD | | | Unit:     C02 | |

dehydration.  No sinusitis.  No homan's sign, no calves pain.  No abd pain, no ascites, no defense/guarding.  No bowel changes. no dysuria, no flank pain, no cva tenderness. No body ache.   No seizures, no tremor, no hemiparesis, no clonus.   Denies suicide ideas/hallucination/mood swing.

**ASSESSMENT:**

Schizoaffective disorder, 295.7 - Resolved - *R/O malingering03/23/21  Denies suicide ideas/hallucination.*

Confirmed case COVID-19, U07.1 - Resolved - *03/23/21 Recovering from severe Covid 19 pneumonia infection,*

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 03/23/2022 00:00 | Physician 04 |

Other:

S/p  Severe Covid 19 pneumonia/infection, required   long stay  hospitalization with High flow Oxygen.  Recovering from it, still on Oxygen 6L concentrator  due to sob mostly when walking. O2sat with oxygen in 96% and keep it when talk. Appetiteis back, smell/taste  still none. No fever, no body ache.  slowly recovering from  Covid 19.  lungs are clear today.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/23/2021 | Counseling | Diagnosis | Resto, William | Verbalizes Understanding |
| | Continue on close monitoring | | | |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Resto, William MD/CD on 03/23/2021 09:30

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BAKER, ANTOINE DEMETRIS | | | Reg #: 23974-009 |
| Date of Birth: | 04/19/1979 | Sex: M Race: BLACK | | Facility: FLP |
| Encounter Date: | 03/30/2021 13:55 | Provider: Bayer, S. PA-C | | Unit: H01 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bayer, S. PA-C

Chief Complaint:  GENERAL

Subjective:  Evaluated patient today after he hit his cell duress button. Pt states he is having shortness of breath and is coughing. He states he is very frustrated with his current state of health and feels more should be being done to help him. After assessment is done he is reassured of his stable and improving condition however patient becomes very frustrated and states "if you guys leave this cell I'm gonna turn it red, there's gonna blood everywhere". Pt is then brought to the unit clinic for more privacy and he begins sobbing stating he is tired of being sick and is overwhelmed by many life stressors including his prolonged COVID-19 course. Psychology staff was asked to step down and speak with patient and medical staff and they determined he would benefit from suicide watch. After speaking with psychology pt's mood appears to improve some and he is much more calm. He is still complaining of dizziness and some shortness of breath when changing positions and when walking longer distances. After walking from his unit to LT's holding cell he states he is having some shortness of breath but "not too bad".

Pain:  No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue

No: Chills, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, DOE, Dyspnea, Shortness of breath

No: Wheezing

**GI**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Mood Impaired, Mood-Down, Anxiety-Moderate, Sleep Impaired, Sleep-Decreased, Energy-Decreased, Hallucinations, Hallucinations-Auditory, Hallucinations-Command, Suicide/Self-Harm Thoughts, Appears Down, Angry/Irritable, Agitated/Distressed, Restless/Fidgety

No: Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BAKER, ANTOINE DEMETRIS | | | Reg #: 23974-009 |
| Date of Birth: 04/19/1979 | Sex: M Race: BLACK | | Facility: FLP |
| Encounter Date: 04/02/2021 15:10 | Provider: Bailey, Nicholas RN | | Unit: C02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Bailey, Nicholas RN

Chief Complaint:   Breathing Problems

Subjective:        This writer was called to come assess this inmate after he began complaining of difficulty breathing. While in route to the unit, the inmate walked out of his cell and laid down on the floor and would not respond to correctional staff so a medical emergency was called. This writer arrived first to the inmate's side and assessed for level of consciousness and found inmate was alert to painful stimuli and was able to make eye contact, but would not answer this writer's questions. Vital signs were collected and no emergent v/s were detected. This writer informed the inmate that it was apparent he was alert and oriented and that if he wanted help he would need to talk and answer questions. Inmate then began to report that he was frustrated because he is not getting the treatment he feels he needs to breathe better. inmate is post COVID-19 infection and had an extended stay in a local hospital for respiratory compromise. He recently returned to the institution a few weeks ago, but has scarred lungs and still experiences oxygen desaturation with exertion. The inmate was also recently on suicide watch for a few days due to threats of self harm. While on suicide watch, however, this inmate was observed to be laughing and joking with the inmate suicide watch companion. This writer informed the inmate that there is no medication that is going to make him better, his body has to heal. The inmate was told that in order for his body to heal it needed good nutrition, hydration, and exercise. At this time, inmate was assisted to his feet where he was able to stand on his own, but chose to sit down on a bench so this writer could complete the assessment.

Pain:              No

COMPLAINT 2          Provider: Bailey, Nicholas RN

Chief Complaint:   Breathing Problems

Subjective:        The inmate was asked if he was using his incentive spirometer, the inmate would not answer. The inmate was educated on the importance of getting up each day and doing some form of activity within his limits to include walking around the perimeter of the unit flats one time, or as many times as he is able to tolerate. To set goals of increase the distance he walks by a little bit each day as he is able. He was instructed to practice deep breathing and use the incentive spirometer to better increase his lung capacity. ultimately, the inmate was informed that it was his choice to either stay ill as he was or to do the things prescribed to him to help him recover. Inmate was then done with the conversation and stood up with ease and walked into his cell with no obvious difficulty or signs of distress. Inmate sat down on his bed and glared at this writer. The cell door was secured.

Pain:              No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/02/2021 | 10:55 FLX | 106 | Radial | Regular | Bailey, Nicholas RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/02/2021 | 10:55 FLX | 16 | Bailey, Nicholas RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BAKER, ANTOINE DEMETRIS | | | Reg #: | 23974-009 |
| Date of Birth: | 04/19/1979 | Sex: | M    Race: BLACK | Facility: | FLP |
| Note Date: | 02/19/2021 13:43 | Provider: | Norton, Jade DO | Unit: | H01 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**        Provider:   Norton, Jade DO

   Hospital:  Penrose Main


   1)  Baker # 23974 - 41 yr old admitted on 2/15/21 for hypoxia and respiratory distress due to covid 19.
   Currently, condition is worsening with increase SOB and oxygen requirements.  O2 demand was 25 lpm on
   2/18/21, increased to 40 lpm last night and is now requiring 35 lpm.  Prognosis is guarded.


   He is housed on covid unit floot


**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Norton, Jade DO on 02/19/2021 13:45

Baker, Antoine (MR # CEUE01852660) DOB: 04/19/1979                                                    Page 1 of 7
**Visit Location**

| Name | Address | Phone |
|------|---------|-------|
| St. Thomas More Hospital | 1338 Phay Ave | 719-285-2000 |
| Med/Surg | Canon City CO 81212 | |

**Discharge Summary by David Michael Kilpatrick, MD at 3/12/2021 12:51 PM**

Author: David Michael Kilpatrick, MD    Service: Hospitalist          Author Type: Physician
Filed: 3/12/2021 12:55 PM              Date of Service: 3/12/2021 12:51 PM    Status: Signed
Editor: David Michael Kilpatrick, MD (Physician)

Patient Name:    <u>Antoine Baker</u>                    PCP 23974.009
Date of Birth:   <u>4/19/1979</u>
Medical Record #: <u>CEUE01852660</u>
Length of Stay:  <u>10</u>

Admitting Provider: Timothy Michael Bresnahan, MD
Discharge Provider: David Michael Kilpatrick*
Primary Care Physician at Discharge: No primary care provider on file. None

Admission Date: 3/2/2021    Discharge Date: 3/12/2021

<u>Discharge Diagnosis</u>

**Thrush**
3/6: Mycelex troche
3/7  Continue treatment.  Throat is feeling better.
3/10: Thrush resolved discontinued treatment

**Hiccups**
3/8: New hiccups. Causes a burning feeling in His chest. Baclofen PRN prescribed.
3/10 make baclofen as needed.

**Acute respiratory failure with hypoxia (CMS/HCC)**
3/6: Titrate oxygen as tolerated.
3/7: Oxygen needs up a bit overnight. We were able to titrate down later today. Currently 4 LPM  Started on
IV solumedrol 125mg q 6 hr and albuterol MDI.
3/8: Pt is only achieving IS volumes of 250 ml to 500 ml. PEP therapy started QID. Continue on solumedrol
IV overnight and transition to oral steroid.
3/10: Continues on steroid taper, mobic for inflammatory pleuritic pain.

3/6: Titrate oxygen as tolerated.
3/7: Oxygen needs up a bit overnight. We were able to titrate down later today. Currently 4 LPM  Started on
IV solumedrol 125mg q 6 hr and albuterol MDI.
3/8: Pt is only achieving IS volumes of 250 ml to 500 ml. PEP therapy started QID. Continue on solumedrol
IV overnight and transition to oral steroid.
3/10: Continues on steroid taper, mobic for inflammatory pleuritic pain.
3/11: This seems to be doing significantly better. He is down to 1 L of oxygen today. We will continue to work
on tapering. Should be able to go back soon.
3/12: Seems to be doing acceptably well on 1 L of oxygen, at least with regards to his saturations. He may
very well be able to be tapered off over the next few days, but he certainly does not need to be in the hospital
for that.

**COVID-19**
3/6: Patient has completed his course of treatment. Continues on 4 L of oxygen. He states that he was not

previously on oxygen.
3/7: Very weak and will continue with therapy.
3/8: Post COVID weakness.                                                     PLP 23974-009
3/10: Continues with weakness and hypoxia which is long term residual from the COVID infection.   This may
go on for some time.
3/11: Discussed with him the long-term sequelae of some patients after the SARS-CoV-2 infection.

**General weakness**
3/6: We will continue with physical therapy for strengthening while in swing bed status
3/7: Continue with PT.
3/8: Continues with PT.  Did walk farther today than before.
3/10: Walking in hallways with physical therapy anticipate will be ready for discharge h back to facility by Friday
3/11: Actually doing pretty good with PT.  Walked quite a bit in the halls today, and appeared to be doing well
when I saw him.  Still generally weak, but improving with therapy.


**Operative Procedures Performed**
None

**Discharge Disposition**
Long enforcement


## Details of Hospital Stay


**Presenting Problem/History of Present Illness**
For complete details of presenting problem, please refer to H&P and interim summaries. Briefly, the patient is a
41 y.o.  male who presented with hypoxemia weakness and fatigue secondary to post Covid syndrome

The patient did have SARS-CoV-2 infection about a month ago, with Covid syndrome.  Subsequently he went
back to his penitentiary, however developed increasing weakness, fatigue, shortness of breath, hypoxemia.
He was rehospitalized, was treated acutely, and ultimately changed to swing bed for ongoing care.  He got
physical therapy during his stay in swing bed, and he was able to be tapered down to 1 L of oxygen by nasal
cannula.  His medications were minimized, though he still is on steroids, presumably they will keep him on it for
another 7 days which is our recommendation.

Patient has a lot of questions about his health, unfortunately with the new virus, novel virus, we do not know
what long-term sequelae are likely to be yet we do not have long-term data.  However my suspicion is he is
going to have long-term complications from this virus.  That form that will take however is less than clear,
though potentially some scarring of the lungs, chronic hypoxemia, chronic shortness of breath, etc.

I did talk with Dr. Norton, who agreed to take the patient back in transfer.

**Hospital Course**
3/11: Today, the patient is complaining of a "scratching" in his mid chest going down into his lungs, which is
causing him to cough.  Cough is persistent, but not productive.  No real pain per se, but irritated and annoying.
Not particularly short of breath, though he does get tachycardic with exertion.  Review of systems otherwise
unremarkable.

3/12: Today, the patient continues to have the same complaints, shortness of breath, scratching in his mid
chest, difficulty catching his air, easy fatigability, etc.  His oxygenation is still adequate on 1 L of oxygen,
significantly improved from earlier in the week.  I think he is going to have long-term problems from the SARS-
CoV-2 infection that he had a month ago.  However were not going to know for probably another several weeks
to months how much improvement he can get.  Clearly nothing is changing very acutely.  I think he is ready to
go back to his facility at this point, need contact information to discuss with the provider out there and see if

they will accept him or not.

FCP 23974-009

**Code status: Full Code**

**Discharge Condition**: Stable

**Active Issues Requiring Follow-up**
Hypoxemia with tapering of oxygen if possible
Steroids for 7 days
Exercise program would be beneficial

**Outpatient Follow-Up**
Federal Bureau Prisons - Florence CO
5880 Highway 67 S
Florence Colorado 81290-1000
Go in 1 day(s)

**Test Results Pending at Discharge**
None

**Discharge Medications**

### Your medication list

CHANGE how you take these medications

| | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|
| **predniSONE** 20 MG tablet<br>Commonly known as: DELTASONE<br>Start taking on: **March 13, 2021**<br>What changed:<br>• **medication strength**<br>• **See the new instructions.** | Take 2 tablets (40 mg) by mouth daily with breakfast for 7 days. | | |

CONTINUE taking these medications

| | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|
| **aspirin** 81 MG chewable tablet | Chew 1 tablet (81 mg) daily. | | |
| **cholecalciferol** 125 mcg (5000 unit) tablet<br>Commonly known as: VITAMIN D3 | Take 2 capsule/tablet (10,000 Units) by mouth daily. | | |
| **famotidine** 20 MG tablet<br>Commonly known as: PEPCID | Take 1 tablet (20 mg) by mouth 2 times a day. | | |

## Results from last 7 days

| Lab | Units | 03/11/21 0421 |
|-----|-------|---------------|
| WBC AUTO | 10*3/µL | 2.2* |
| HEMOGLOBIN | g/dL | 11.9* |
| HEMATOCRIT | % | 36.3* |
| PLATELETS AUTO | 10*3/µL | 162 |

FCP 23974-009

## Results from last 7 days

| Lab | Units | 03/11/21 0422 |
|-----|-------|---------------|
| SODIUM | mmol/L | 143 |
| POTASSIUM | mmol/L | 3.8 |
| CHLORIDE | mmol/L | 107 |
| CO2 | mmol/L | 27 |
| BUN | mg/dL | 14 |
| CREATININE | mg/dL | 0.86 |
| CALCIUM | mg/dL | 8.3 |
| GLUCOSE | mg/dL | 79 |

No results found for: GLUF
**Microbiology Results (last 3 days)**
   ** No results found for the last 72 hours. **


**IMAGING STUDIES:**
Xr Chest 2 View Pa And Lateral

Result Date: 3/7/2021
Narrative: EXAMINATION: XR CHEST 2 VIEW PA AND LATERAL on 3/7/2021. INDICATION: 41-year-old male. Hypoxia; Shortness of breath; pain on inspiration. History of Covid-19. COMPARISON: Chest x-ray 3/4/2021 FINDINGS: Multifocal patchy infiltrates overall appears similar. Lung volumes are low. There is moderate diffuse bronchial wall thickening. No pleural effusion or pneumothorax. Cardiomediastinal silhouette is unremarkable. Bones are unremarkable.

Impression: Similar appearance of multifocal patchy infiltrates and bronchial wall thickening. WS: JAIN-WIN10
DICTATED BY: Jain, Raj     Date: 03/07/2021 10:54 MT TRANSCRIBED DATE: 03/07/2021 10:54 MT

Cta Chest For Pulmonary Embolism

Result Date: 3/9/2021
Narrative: Exam:CT angiogram chest for pulmonary embolism. Reformatted 3-D MIP imaging. History:Chest pain and PE suspected. Dyspnea 85 mL of Omnipaque 350 Comparison:2/15/2021 Findings:No evidence for large central pulmonary embolism. Peripheral emboli not excluded due to contrast bolus. Patchy bilateral groundglass opacities over the upper lobes increased from previous and improved over the lower lobes from the previous exam these findings are concerning for a pneumonia although nonspecific. The mediastinum without adenopathy. The thoracic aorta unremarkable. Visualized abdominal organs unremarkable. Respiratory motion throughout.

Impression: NO LARGE CENTRAL PULMONARY EMBOLISM PERIPHERAL SMALL EMBOLI not excluded. Patchy bilateral groundglass opacities concerning for pneumonia. These have progressed or increased over

Baker, Antoine (MR # CEUE01852660) DOB: 04/19/1979                    *PCP 23974-009*    Page 7 of 7
**Discharge Summary by David Michael Kilpatrick, MD at 3/12/2021 12:51 PM (continued)**

Result Date: 2/25/2021
Narrative: HISTORY: Hypoxia. COVID. COMPARISON: 2/15/2021. TECHNIQUE: XR CHEST 1 VIEW AP
PORTABLE. FINDINGS: Pulmonary volumes are decreased. Pulmonary vascular congestion and bilateral
pulmonary opacities are present. Heart size and mediastinal contours are stable. Compared to prior, aeration
within the lungs appears slightly worse, which may be related to progressive/worsening pneumonia.

Impression: Decreased lung volumes with bilateral pulmonary opacities, slightly worse. Transcribed by:
NTS_KR WS: CECOSPH-IMG0932 DICTATED BY: Shaeffer, Douglas    Date: 02/25/2021 08:56 MT
TRANSCRIBED DATE: 02/25/2021 09:10 MT

Xr Chest 1 View Ap Portable

Result Date: 2/15/2021
Narrative: HISTORY: Increasing shortness of breath and oxygen requirements. COMPARISON: 2/13/2021.
TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Lungs remain expanded. Coarse bilateral mid
lung and lower lung zone opacities consistent with infiltrates and progressive bilateral pneumonia. Heart size is
normal. Mediastinum is unremarkable. Bony thorax is intact.

Impression: 1. Increasing bilateral pulmonary opacities consistent with progressive infiltrates and pneumonia
as described above. Findings consistent with COVID pneumonia. Transcribed by: NTS_LM WS: CECOSPH-
IMG0947 DICTATED BY: Pitman, William    Date: 02/15/2021 17:27 MT TRANSCRIBED DATE: 02/15/2021
17:50 MT

Xr Chest 1 View Ap Portable

Result Date: 2/14/2021
Narrative: VIEWS: PA and lateral. HISTORY: Shortness of breath COMPARISON: None available FINDINGS:
Patchy bilateral lung infiltrate. Lung volumes are low. The thorax or effusion. The cardiomediastinal contours
and pleura are normal.  The bones of the visualized chest wall appear intact.

Impression: Covid 19 pneumonitis WS: JOHNSON-WIN10 DICTATED BY: Johnson, Gabriel    Date:
02/14/2021 08:03 MT TRANSCRIBED DATE: 02/14/2021 08:03 MT

David Michael Kilpatrick, MD

Discharge time was Less than 30 minutes



St Thomas More Hospital          Baker, Antoine
1338 Phay Ave                    MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Canon City CO 81212              Adm: 3/2/2021, D/C: 3/12/2021

*FUP 23974-009*

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

**Notes (group 2 of 2) (continued)**

Medical Record #:  <u>CEUE01852660</u>

Length of Stay: 4

**Hospital Problem List**

**\* (Principal) COVID-19**
   Current Assessment & Plan 3/2/2021 Hospital Encounter Edited 3/6/2021  1:53 PM by Daniel L Ward, DO
     3/6: Patient has completed his course of treatment. Continues on 4 L of oxygen. He states that he
     was not previously on oxygen.

**Acute respiratory failure with hypoxia (CMS/HCC) (Chronic)**
   Current Assessment & Plan 3/2/2021 Hospital Encounter Written 3/6/2021  1:54 PM by Daniel L Ward, DO
     3/6: Titrate oxygen as tolerated.

**General weakness**
   Current Assessment & Plan 3/2/2021 Hospital Encounter Written 3/6/2021  1:53 PM by Daniel L Ward, DO
     3/6: We will continue with physical therapy for strengthening while in swing bed status

**Thrush**
   Current Assessment & Plan 3/2/2021 Hospital Encounter Written 3/6/2021  1:52 PM by Daniel L Ward, DO
     3/6: Mycelex troche

-

**Plan:**
1. Continue swing bed status
2. Continue physical therapy for strengthening
3. Continue oxygen as needed titrate as tolerated
4. Continue with Mycelex troche for thrush infection
6. Anticipated discharge next week

**Reason for continued hospitalization:** COVID-19 infection with resulting weakness and acute hypoxic respiratory failure

Plan of care reviewed and discussed with patient, Multidisciplinary Team and nurse

**Time spent:** I personally spent a total of 30 minutes on the unit in direct management/discussion/coordination of this patient's care.

**SUBJECTIVE**

3/6: Patient lying in bed. He appears comfortable. He admits to continued fatigue and weakness. Also complains of sore throat due to thrush. He is on Mycelex troche. Patient also complains of a bleeding hemorrhoid today.

Interval complaints: none.

The patient denies any significant pain at present

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

*PCP 23974-*

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 2 of 2) (continued)

**OBJECTIVE**
BP Min: 103/55 Max: 113/62
Temp Min: 37.1 °C (98.8 °F) Max: 37.1 °C (98.8 °F)
Pulse Min: 58 Max: 92
Resp Min: 16 Max: 18
SpO2 Min: 95 % Max: 99 %

Scheduled Meds:clotrimazole, 10 mg, oral, 5x Daily
• famotidine, 20 mg, oral, BID
• lidocaine, 15 mL, swish & spit, TID AC
• melatonin, 6 mg, oral, Nightly
Continuous Infusions:
PRN Meds:.• acetaminophen **OR** acetaminophen

Lab Results

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 85 | 03/04/2021 |
| CALCIUM | 8.4 | 03/04/2021 |
| NA | 140 | 03/04/2021 |
| K | 4.1 | 03/04/2021 |
| CO2 | 26 | 03/04/2021 |
| CL | 107 | 03/04/2021 |
| BUN | 16 | 03/04/2021 |
| CREATININE | 0.97 | 03/04/2021 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 30 | 02/15/2021 |
| AST | 22 | 02/15/2021 |
| ALKPHOS | 69 | 02/15/2021 |
| BILITOT | 0.7 | 02/15/2021 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.7 (L) | 03/04/2021 |
| HGB | 12.8 (L) | 03/04/2021 |
| HCT | 39.3 (L) | 03/04/2021 |
| MCV | 93 | 03/04/2021 |
| PLT | 283 | 03/04/2021 |

No results found for: INR, PROTIME
No results found for: HGBA1C
No results found for: TSH
No results found for: CHOL
No results found for: HDL
No results found for: LDLCALC
No results found for: TRIG
No results found for: CHOLHDL

St Thomas More Hospital       Baker, Antoine
1338 Phay Ave                 MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Canon City CO 81212           Adm: 3/2/2021, D/C: 3/12/2021

PLP 23974-009

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**
Notes (group 2 of 2) (continued)

Impression: Interval worsening of pulmonary status. Transcribed by: NTS WS: CECANSTM-RAD460 DICTATED BY: Arvanetes, Lou    Date: 03/04/2021 07:30 MT TRANSCRIBED DATE: 03/04/2021 07:45 MT

Xr Chest 1 View Ap Portable

Result Date: 2/25/2021
Narrative: HISTORY: Hypoxia. COVID. COMPARISON: 2/15/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Pulmonary volumes are decreased. Pulmonary vascular congestion and bilateral pulmonary opacities are present. Heart size and mediastinal contours are stable. Compared to prior, aeration within the lungs appears slightly worse, which may be related to progressive/worsening pneumonia.

Impression: Decreased lung volumes with bilateral pulmonary opacities, slightly worse. Transcribed by: NTS_KR WS: CECOSPH-IMG0932 DICTATED BY: Shaeffer, Douglas    Date: 02/25/2021 08:56 MT TRANSCRIBED DATE: 02/25/2021 09:10 MT

Xr Chest 1 View Ap Portable

Result Date: 2/15/2021
Narrative: HISTORY: Increasing shortness of breath and oxygen requirements. COMPARISON: 2/13/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Lungs remain expanded. Coarse bilateral mid lung and lower lung zone opacities consistent with infiltrates and progressive bilateral pneumonia. Heart size is normal. Mediastinum is unremarkable. Bony thorax is intact.

Impression: 1. Increasing bilateral pulmonary opacities consistent with progressive infiltrates and pneumonia as described above. Findings consistent with COVID pneumonia. Transcribed by: NTS_LM WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William    Date: 02/15/2021 17:27 MT TRANSCRIBED DATE: 02/15/2021 17:50 MT

Xr Chest 1 View Ap Portable

Result Date: 2/14/2021
Narrative: VIEWS: PA and lateral. HISTORY: Shortness of breath COMPARISON: None available FINDINGS: Patchy bilateral lung infiltrate. Lung volumes are low. The thorax or effusion. The cardiomediastinal contours and pleura are normal. The bones of the visualized chest wall appear intact.

Impression: Covid 19 pneumonitis WS: JOHNSON-WIN10 DICTATED BY: Johnson, Gabriel    Date: 02/14/2021 08:03 MT TRANSCRIBED DATE: 02/14/2021 08:03 MT

I personally reviewed medications, problem list, allergies, past medical and surgical history, family and social history, vital signs, lab results and imaging studies

**Physical Exam:**

General Appearance:  Alert, cooperative, no distress, appears stated age
Head:  Normocephalic, without obvious abnormality, atraumatic
Eyes:  PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes
Oropharynx:  Lips, mucosa, and tongue normal; teeth and gums normal

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

FCP 23974-609

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 2 of 2) (continued)

|  |  |
|---|---|
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: No enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Musculoskeletal:** | Normal |
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Rectal:** | |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |
| **Skin:** | Skin color, texture, turgor normal, no rashes or lesions |
| **Lymph nodes:** | Cervical, supraclavicular, and axillary nodes normal |
| **Neurologic:** | CNII-XII intact. Normal strength, sensation and reflexes throughout |

Plan of care was discussed with the interdisciplinary team.

Daniel L Ward, DO

Electronically signed by Daniel L Ward, DO at 3/6/2021 1:55 PM

Lyndsy Johnson, PTA at 3/6/2021 11:40 AM

## Physical Therapy
## Physical Therapy Treatment Note

Patient Name: Antoine Baker                    Date: 3/6/2021

Therapy Visit
Visit Type: Treatment
Treatment Minutes for the past 12 hrs:

| Start Time (Treatment) | Stop Time (Treatment) | Treatment Time Calculation (min) |
|---|---|---|

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

PLP 23974-009

---

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 2 of 2) (continued)

| 03/06/21 1140 | 1140 | 1157 | 17 min |
|---|---|---|---|

**General Information:**
Treatment Diagnosis: other forms of dyspnea, muscle weakness
Therapy Pertinent Hospital Course: Pt admit to swing bed for continued rehab following acute hospitalization at Penrose hospital for COVID-19 pneumonia, SIRS, acute respiratory failure
Therapy Pertinent Imaging/Tests: Med rec reviewed, appropriate for therapy

Patient Stated Goal: Get back to normal, get strength back up

**Pain:**
Pt does not report of increase in pain, just occasional chest pain with breathing.

Precautions
Precautions: Fall, O2 needs, Gait Belt
O2 Needs: 4
Isolation: (Most recent COVID test negative. No isolation)

**Subjective:**
Pt consents to physical therapy intervention.

**Objective:**
TherAct:
Transfers:
    -supine <> sit pt is independent
    -STS x3 reps then x2 reps-Used gait belt with GCA x1 , standard location.
Supine:
    - B LE Ex 1 x 10: ankle pumps, heel slides, hip abduction
Seated:
    -B LE Ex 1 x 10: heel raises, alternating marches, LAQ
Standing:
    -B LE Ex 1 x 5: alternating marches, heel raises, hip flexion

Maintained nasal canula during session, occasional drop in O2, frequent monitoring of progress.
All exercises performed to improve strength and functional activity tolerance.

Oxygen assessment
Prior to treatment: >90% per continuous pulse oximeter with pt on 4 LPM
During treatment: pt remained on 4 LPM Sats occaionsally dropping to mid 80s but improving to 90 percent within about 60 sec.
Following treatment: >90% with pt on continuous pulse oximeter with pt on 4 LPM

**Assessment:**
Pt appears to be motivated to participate with therapy. Still very weak with poor endurance. Physical therapy treatment consisted of  Transfer and therapeutic exercises to improve functional mobility and independence to return to PLOF. Transfer training sit<>stands required contact guard assist all requiring verbal and tactile cues to improve performance and safety. Pt performed seated and standing exercises to improve functional strength and balance for safe and more independent mobility.  Pt required verbal and tactile cues to perform exercises to maximum rehab benefit.  Occasional drop in O2, frequent monitoring throughout session. Pt left supine in bed with HOB elevated, nasal canula in place per protocol.

Continue progressing towards established goals to improve functional strength, balance and performance of bed mobility, transfers and gait to return to prior level of function.

**Goals and Progress:**

**Physical Therapy Goals**



Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

FUP 23974-009

**02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (continued)**

**Notes (continued)**

Calcium

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/24/2021 | 8.5 | 8.3 - 10.1 mg/dL | Final |

Coagulation: No results found for: PT, INR, APTT

**Micro:**
**Microbiology Results (last 3 days)**
   ** No results found for the last 72 hours. **

**Radiology:** No results found.

Telemetry personally reviewed: **none**

I personally reviewed the patient's PMH, Allergies, Social Hx, Family Hx,  labs, vitals, and current medications.

I spent **35 minutes of critical care time** on this patient.  This include direct management, discussion, and coordination of this patient's care. Patient is at risk of decompensation resulting in lost of life or severe debilitation.

Critical care criteria include: acute hypoxic respiratory failure due to COVID,  oxymask and HHF oxgyen needing up 15L

Ton-Vinh Minh Nguyen, DO
2/24/2021

For any questions, please use Tiger Text to contact me

Electronically signed by Ton-Vinh Minh Nguyen, DO at 2/24/2021  4:57 PM

**Ton-Vinh Minh Nguyen, DO at 2/23/2021  3:56 PM**

**CHPG HOSPITALIST PROGRESS NOTE**
**T.V. Nguyen, DO**
**719-776-8040**

**PCP:** No primary care provider on file.
**Code Status: Full Code**
**DATE OF ADMISSION:  2/15/2021**
**Hospital Day 8**

**Impression:**

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

*FUP 23974-009*

**02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital AW Medical (continued)**

**Notes (continued)**

41 y.o. yo male who comes from the Department of Corrections Facility in Florence, CO for COVID infection with worsening sob. He was originally diagnosed with covid about 10 days ago. Was initiated on steroids and supplemental o2 and even seen at St Thomas More ER 2 days ago and discharged back to DOC Facility on 4lpm NC. He presents due to sob/doe with increased o2 needs to 6lpm. On presentation here he required 7lpm.

**Dispo:**
Inpatient due to treatment of his COVID 19

**ACTIVE DIAGNOSES:**
**Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19**
- original dx about 10 days prior to this admission; would need the correctional facility value to confirm first positive, otherwise first positive is this visit dated 2/15/21
        - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days ago, then increased to 6lpm prompting transfer from DoC back to the hospital.

Plan
- solumedrol decreased to 20 mg q6 hr and lasix 20 mg daily
- remdes given
- vitamin c, vitamin d, NAC, zinc, melatonin, pepcid
- vapotherm prn, bipap prn
- prn crp and ddimer
- lovenox 40 mg BID

**Dx: Sepsis Viral**
- wbc normal, afebrile, hr 91, rr 22, but while source could be lungs, presumably may be from cytokine storm as a consequence of covid
- ok to hold abx for now
- no ivf given diuresis needs to limit ards/ild progression
- monitor, since he's at risk of developing infxn at anytime
- 2/17/21 lact still neg; cont covid management

**Dx: Constipation**
- last bm 2/14/21
- increase bowel regimen

**DVT PPX:** lovenox 40 mg BID
**GI PPX:** pepcid

**CONSULTS:**
**All Consulting Physicians - Current Visit**

| Provider | Specialty | From | To |
| --- | --- | --- | --- |
| Amanda Wilson, DO | Hospitalist | 02/15/21 1727 | 02/15/21 1745 |

Penrose Hospital                 Baker, Antoine
2222 N Nevada Ave                MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Colorado Springs CO 80907-       Adm: 2/15/2021, D/C: 3/2/2021
6819

FLP 23974-009

02/15/2021   ED to Hosp Admission (Discharged) in Penrose Hospital E/W Medical (continued)

**Notes (continued)**

## PROCEDURES:

\* No surgery found \*

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Respiratory Distress

**Subjective**

Discussed with patient about COVID 19, oxygen level, need for hospitalization, continue current treatment

ROS:
Patient complains of SOB, cough

Patient denies fever, chills, chest pain

**Objective**
Temp: [36.4 °C (97.5 °F)-36.9 °C (98.4 °F)] 36.4 °C (97.6 °F)
Pulse: [86-96] 86
Resp: [20] 20
BP: (117-124)/(69-78) 122/75
FiO2 (%): [76.1 %-80 %] 76.1 %
O2 Flow Rate (L/min): [7 L/min-35 L/min] 7 L/min

**PHYSICAL EXAM:**
GENERAL: moderate acute distress, pleasant, obese
Eyes: Reactive to light, EOMI
ENT: No discharge from nasal mucosa, dental intact
CV: Regular rate and rhythm, gross murmurs
Peripheral pulses are equal on upper extremities
PULM: clear to auscultation bilaterally, mild crackles noted bilaterally
ABD: soft, non tender, non distended
GU: no flank tenderness, foley is absent
EXT: no gross cyanosis or clubbing, no edema
NEURO: Muscle tone and bulk within normal limits for age
Sensation grossly intact bilaterally
SKIN: no rash, warm, multiple tattoos noted on body
PSYCH: Alert and oriented X 3
speech is fluent

**Current Medications**
Continuous Infusions:
Scheduled Meds:acetylcysteine, 600 mg, oral, BID
- ascorbic acid, 500 mg, oral, Daily

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-
6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

FCP 23974-009

**02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (Continued)**

Notes (continued)

## History and Physical

**Patient Name:**   Antoine Baker
**Date of Birth:**   4/19/1979
**Medical Record #:**   CEUE01852660
**PRIMARY CARE:**   No primary care provider on file.

**CHIEF COMPLAINT:** shortness of breath

**HISTORY OF CHIEF COMPLAINT:** This is a 41 y.o. male that presents with shortness of breath from Department of Corrections facility in Florence, Colorado. Patient tested positive for COVID 19 ten days ago. Reportedly, was started on oral steroids and supplemental oxygen. Patient seen at St Thomas More ED 2 days ago and d/c from ED back to DOC facility. Today, patient developed worsening dyspnea - shortness of breath and pain with deep inspiration, and was subsequently brought to Penrose ED for further evaluation. En route, patient was hypoxia in mid to low 80%s. Was placed on 4L O2 via NC and sats improved to 90%. CXR concerning for bilateral infiltrates. CTA chest performed - negative for pulmonary embolism, but revealed bilateral opacities consistent with COVID 19 pneumonia. Patient denies fevers/ chills. Had productive cough (white) this morning - currently he is unable to produce sputum. Denies abdominal pain or nausea/ vomiting. No diarrhea. Denies loss of sense of taste/ smell.

Patient initially placed in ED Observation unit with 4L via NC. I was called by ED physician assistant, that patient's Oxygen need required high flow oxygen and increased rate of 7L. Patient transferred to in patient status.

**ASSESSMENT AND PLAN:**

1. Acute respiratory failure with hypoxemia secondary to COVID 19 Pneumonia
    IV decadron
    Out of window (tested + for COVID 19 ten days prior) for Remdesivir/ convalescent plasma
    Supplemental Oxygen
    Albuterol MDI
    Holding antibiotics at this time as patient without fever or leukocytosis.
    Lactate 1.7.
    Blood cultures have been obtained.
    Monitor
    D dimer elevtaed at 1.01, however, CTA chest negative for PE.
        US negative for LE DVT as well.

DVT Prophylaxis: Enoxaparin 40 mg subcutaneously, Daily, TED Stockings, SCDs, Early Mobilization
CODE STATUS: full code

The patient will be admitted to in-patient status as I feel greater than two midnights will be needed for the above treatment plan.

**REVIEW OF SYSTEMS:**
No headache. No diplopia. No photophobia. No pharyngitis. No odynophagia.
No chest pain, no tearing back pain. No jaw pain.

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

FCP 23974-009

**02/15/2021 - ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (continued)**

**Notes (continued)**

- benzonatate, 100 mg, oral, TID
- bisacodyL, 10 mg, rectal, Once
- cholecalciferol, 10,000 Units, oral, Daily
- enoxaparin, 40 mg, subcutaneous, Q12H
- furosemide, 20 mg, intravenous, Daily
- methylPREDNISolone sodium succinate, 40 mg, intravenous, Q6H
- multivitamin-minerals, 1 tablet, oral, Daily
- polyethylene glycol, 17 g, oral, BID
- sennosides-docusate sodium, 1 tablet, oral, BID
- zinc sulfate, 220 mg, oral, Daily

PRN Meds:
- acetaminophen **OR** acetaminophen
- albuterol
- benzocaine-menthol
- dextromethorphan-guaiFENesin
- melatonin
- methocarbamoL
- ondansetron **OR** ondansetron
- sodium chloride

**Labs (last 24 hours):**
CBC: No results found for: WBC, RBC, HEMOGLOBIN, HEMATOCRIT
BMP:
**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/23/2021 | 148 (H) | 70 - 99 mg/dL | Final |

**CO2 Carbon Dioxide**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/23/2021 | 28 | 20 - 30 mmol/L | Final |

**BUN Urea Nitrogen**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/23/2021 | 28 (H) | 6 - 24 mg/dL | Final |

**Calcium**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/23/2021 | 8.1 (L) | 8.3 - 10.1 mg/dL | Final |

Coagulation: No results found for: PT, INR, APTT

**Micro:**
**Microbiology Results (last 3 days)**
   ** No results found for the last 72 hours. **

**Radiology:** No results found.

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-
6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

FUP 23974-009

**02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (Continued)**

**Notes (continued)**

- PLB x 3 min with difficulty as pt continues to breath shallow
- Sitting EOB with indep ~15 min during rest breaks
- Seated TE: march x 6, LAQ x 3
- Pt educated at end of session on safe mobility/transfers, HEP, safety concerns, potential use of AD, benefits of OOB mobility, walking program, upright positioning, breathing techniques, and d/c expectations.

**Education Provided:** Physical Therapy Role/POC, safety, mobility, DME recommendations, fall prevention, call light use, Breathing Techniques

**Vitals:** spo2 on 4L at beginning of session: 93%
spO2 on 4L with ambulation: 85%, recovering to 90% with increased time
spO2 on 5L NC with ambulation  - 87% with increased rest break to recover to 91%
Pt left on 4L NC with spO2 at 4L

Pain, positioning,proximity of personal items and placement of call light within reach were addressed and RN notified. Patient left in chair.

Gait Belt Used: Yes
Bed/Chair alarm on: No - pt shackled legs with 2 guards in room
Staff/family in room with patient at departure: 2 federal guards

**PT Plan of Care**
Prognosis: Good
Problem List: Decreased strength, Decreased endurance, Impaired balance, Decreased mobility, Impaired gait
Barriers To Participate In Therapy: Behavioral
Barriers to Discharge: None
Therapy Recommendations: Continue to assess
Therapy Goals To Be Achieved By:: 03/13/21
Treatment Interventions: Functional mobility;Bed mobility;Gait Training;UE strengthening/ROM;LE strengthening/ROM;Activity tolerance;Patient/family training;Equipment education/application;Neuromuscular reeducation
PT  Frequency: 5x/wk
PT - Follow up: Yes
PT Received On: 02/27/21
Plan for next session: balance assessment, endurance train, gait with LRAD, breathing training

**PT Goals:**
**Physical Therapy Goals**
  Physical Therapy Goals (Active)
    Template: PT
      Problem: PT/OT Locomotion
        Dates:        Start: 02/27/21
        Goal: Misc 1
          Dates:        Start: 02/27/21   Expected End: 03/13/21
          Description:   Bed mobility/supine<->sit ind.
                        Transfers sit <> stand with ind.
                        Gait x 300 ft with ind.
                        10 min activity with sats >90%

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-
6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

*FLP 23974-009*

**02/15/2021 ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (Continued)**

Notes (continued)

Demo 2 minutes of effective PLB
Demo low fall risk on balance outcome measure

Electronically signed by Rachael Reid, PT at 2/27/2021 12:16 PM

Ton-Vinh Minh Nguyen, DO at 2/27/2021 10:10 AM

**CHPG HOSPITALIST PROGRESS NOTE**
**T.V. Nguyen, DO**
**719-776-8040**

**PCP:** No primary care provider on file.
**Code Status:** Full Code
**DATE OF ADMISSION:** 2/15/2021
**Hospital Day 12**

**Impression:**
41 y.o. yo male who comes from the Department of Corrections Facility in Florence, CO for COVID infection with worsening sob. He was originally diagnosed with covid about 10 days ago. Was initiated on steroids and supplemental o2 and even seen at St Thomas More ER 2 days prior to admission and discharged back to DOC Facility on 4lpm NC. He presents due to sob/doe with increased o2 needs to 6lpm. On presentation here he required 7lpm.

**Dispo:**
Inpatient due to treatment of his COVID 19, will be able to discharge once patient is stable on 4L of oxygen

**ACTIVE DIAGNOSES:**
**Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19**
- original dx about 10 days prior to this admission; would need the correctional facility value to confirm first positive, otherwise first positive is this visit dated 2/15/21)
 - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days ago, then increased to 6lpm prompting transfer from DoC back to the hospital.

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

FUP 23974-009

02/15/2021 - ED to Hosp Admission (Discharged) in Penrose Hospital AW Medical (continued)

**Notes (continued)**

Plan
- prednisone 15, will likely need slow taper over next 3 weeks
- lasix prn
- vitamin d, NAC, zinc, melatonin, pepcid
- vapotherm pm, bipap prn
- prn crp and ddimer
- lovenox BID
- start combivent and flutter valve and IS
- Per CM, as this patient is from DOC, he needs to be stable on 4L before being able to be discharged

**Dx: Sepsis Viral**
- wbc normal, afebrile, hr 91, rr 22, but while source could be lungs, presumably may be from cytokine storm as a consequence of covid
- ok to hold abx for now
- no ivf given diuresis needs to limit ards/ikd progression
- monitor, since he's at risk of developing infxn at anytime
- 2/17/21 lact still neg; cont covid management

**Dx: Constipation**
- last bm 2/14/21
- bowel regimen

**DVT PPX:** lovenox
**GI PPX:** pepcid

**CONSULTS:**
**All Consulting Physicians - Current Visit**

| Provider | Specialty | From | To |
|---|---|---|---|
| Amanda Wilson, DO | Hospitalist | 02/15/21 1727 | 02/15/21 1745 |

**PROCEDURES:**

* No surgery found *

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Respiratory Distress

**Subjective**
**Per nursing:** pt doing the same, will try to wean down to 4L

Discussed with patient about COVID 19, oxygen level, need for hospitalization, discharge planning, need to ambulate more

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 1500718517    Admission Date: 03/02/2021

**Progress Note - WARD, DANIEL 03/07/2021 15:56**

CEUE01852660  Baker,Antoine                          04/19/1979  M
St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212
MNO ID: 895101375                                    FCP 23974-009
Author: Daniel L Ward, DO
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 3/7/2021  3:58 PM
Authentication Info: Progress Notes by Daniel L Ward, DO at 3/7/2021  3:56 PM
Note Text:
 Progress Note
Patient Name:        Antoine Baker
Date of Birth:          4/19/1979
Medical Record #:   CEUE01852660
Length of Stay: 5
Hospital Problem List
  (Principal) COVID-19
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/7/2021
3:55 PM by Daniel L Ward, DO
   3/6: Patient has completed his course of treatment.  Continues on 4 L of
oxygen.  He states that he was not previously on oxygen.
3/7:  Very weak and will continue with therapy.
 Acute respiratory failure with hypoxia (CMS/HCC) (Chronic)
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/7/2021
3:56 PM by Daniel L Ward, DO
   3/6: Titrate oxygen as tolerated.
.3/7:  Oxygen needs up a bit overnight.  We were able to titrate down later
today.  Currently 4 LPM  Started on IV solumedrol 125mg q 6 hr and
albuterol MDI.
 General weakness
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/7/2021
3:55 PM by Daniel L Ward, DO
   3/6: We will continue with physical therapy for strengthening while in
swing bed status
3/7:  Continue with PT.
 Thrush
 Current Assessment \T\ Plan 3/2/2021 Hospital Encounter Written 3/7/2021
3:54 PM by Daniel L Ward, DO
   3/6: Mycelex troche
3/7 Continue treatment.  Throat is feeling better.
Plan:
1.  Solumedrol 125mg q 6 hr for at least a day.
2.  Albuterol MDI.
3.  Continue antifungal treatment for thrush
4.  PT/OT continues.
5.  Disposition:  Continue swing bed status for now.

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this
information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 1500718517    Admission Date: 03/02/2021

Reason for continued hospitalization: COVID 19 myopathy and weakness, acute hypoxic respiratory failure.

Plan of care reviewed and discussed with patient, Multidisciplinary Team and nurse

Time spent: I personally spent a total of 30 minutes on the unit in direct management/discussion/coordination of this patients care.

SUBJECTIVE

3/7: Mr Baker is having increased "burning" with inspiration.  CXR does show bronchial thickening but no specific infiltrate.  He states his thrush pain is better.

Interval complaints: none.

The patient denies any significant pain at present

OBJECTIVE

BP  Min: 105/69  Max: 123/64

Temp  Min: 36.2 C (97.1 F)  Max: 36.6 C (97.9 F)

Pulse  Min: 72  Max: 90

Resp  Min: 18  Max: 22

SpO2  Min: 94 %  Max: 99 %

Scheduled Meds:albuterol, 2 puff, inhalation, QID

    clotrimazole, 10 mg, oral, 5x Daily

    famotidine, 20 mg, oral, BID

    lidocaine, 15 mL, swish \T\ spit, TID AC

    melatonin, 6 mg, oral, Nightly

    methylPREDNISolone sodium succinate, 125 mg, intravenous, Q6H

Continuous Infusions:

PRN Meds:.  acetaminophen OR acetaminophen

Lab Results

Component Value Date

  GLUCOSE 85 03/04/2021

  CALCIUM 8.4 03/04/2021

  NA 140 03/04/2021

  K 4.1 03/04/2021

  CO2 26 03/04/2021

  CL 107 03/04/2021

  BUN 16 03/04/2021

  CREATININE 0.97 03/04/2021

Lab Results

Component Value Date

  ALT 30 02/15/2021

  AST 22 02/15/2021

  ALKPHOS 69 02/15/2021

  BILITOT 0.7 02/15/2021

Lab Results

Component Value Date

  WBC 3.7 (L) 03/04/2021

  HGB 12.8 (L) 03/04/2021

  HCT 39.3 (L) 03/04/2021

  MCV 93 03/04/2021

  PLT 283 03/04/2021

No results found for: INR, PROTIME

No results found for: HGBA1C

PLP
23974-009

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 1500718517    Admission Date: 03/02/2021

No results found for: TSH
No results found for: CHOL
No results found for: HDL
No results found for: LDLCALC
No results found for: TRIG
No results found for: CHOLHDL

FUP
23974.009

Lab Results
Component Value Date
 CKTOTAL 68 03/04/2021
 TROPONINI &lt;0.015 02/15/2021
I have reviewed all the lab results.
Xr Chest 2 View Pa And Lateral
Result Date: 3/7/2021
Narrative: EXAMINATION: XR CHEST 2 VIEW PA AND LATERAL on 3/7/2021.
INDICATION: 41-year-old male. Hypoxia; Shortness of breath; pain on
inspiration. History of Covid-19. COMPARISON: Chest x-ray 3/4/2021
FINDINGS: Multifocal patchy infiltrates overall appears similar. Lung
volumes are low. There is moderate diffuse bronchial wall thickening. No
pleural effusion or pneumothorax.  Cardiomediastinal silhouette is
unremarkable.  Bones are unremarkable.
Impression: Similar appearance of multifocal patchy infiltrates and
bronchial wall thickening. WS: JAIN-WIN10 DICTATED BY: Jain, Raj
Date: 03/07/2021 10:54 MT TRANSCRIBED DATE: 03/07/2021 10:54 MT
Cta Chest For Pe
Result Date: 2/15/2021
Narrative: HISTORY: Shortness of breath, diagnosed with COVID pneumonia 6
days ago. COMPARISON: Chest radiograph 2/13/2021 [  ]. TECHNIQUE: CTA
CHEST FOR PULMONARY EMBOLISM. 75 mL of Omnipaque-350. Oblique, sagittal,
and coronal MIP reformations were created. FINDINGS: Pulmonary artery
opacification is slightly less than optimal. Central pulmonary arteries
are well-opacified and normal. Peripheral detail is obscured by bilateral
pulmonary infiltrates and motion artifact. No definite intra-arterial
pulmonary thrombi are noted. The heart size is normal. No abnormal
mediastinal masses, pathologically enlarged lymph nodes or fluid
collections are noted. Central airways are normal. Lung parenchymal
windows demonstrate bilateral peripheral opacities consistent with
infiltrates and probable pneumonia involving the bilateral upper lobes.
Coarse opacities consistent with bilateral lower lobe infiltrates are
present. Associated are groundglass opacities consistent with associated
pneumonia, edema or atelectasis noted. Parenchymal opacities are
consistent with COVID pneumonia. No effusions are demonstrated. Images
obtained into the upper abdomen are unremarkable. Bony thorax is intact.
Impression: 1. No evidence of pulmonary embolic disease. Central pulmonary
arteries are well-opacified and unremarkable. Peripheral detail is
somewhat obscured because of timing and associated bilateral upper lobe
and lower lobe opacities consistent with infiltrates and pneumonia as
described above. Motion artifact also obscures detail. 2. Parenchymal
findings are consistent with COVID pneumonia. See above comments. This
exam was performed using automated exposure control, adjustment of mA or
kV according to patient size, and/or use of iterative reconstruction
technique. Transcribed by: NTS_KR WS: CECOSPH-IMG0947 DICTATED BY: Pitman,

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 1500718517    Admission Date: 03/02/2021

**William**     Date: 02/15/2021 17:12 MT TRANSCRIBED DATE: 02/15/2021 17:47 MT

**Us Leg Duplex Venous Bilateral**

**Result Date: 2/15/2021**

Narrative: HISTORY: 41-year-old male. Leg swelling. Suspect deep vein thrombosis. COVID positive. COMPARISON: None available. TECHNIQUE: US LEG VENOUS BILATERAL. Multiple Grayscale, Color, and Spectral Doppler images with waveform analysis were performed.? Vessels evaluated include: common femoral, proximal greater saphenous, proximal, mid and distal femoral, proximal profundal femoral, popliteal and calf veins. FINDINGS: The deep veins of both lower extremities demonstrate normal sonographic appearances and compressibility. Venous Doppler signal is normal.

Impression: No evidence of deep vein thrombosis in either leg. WS: CECOSSTM-IMG872 DICTATED BY: Jensen, Steven     Date: 02/15/2021 18:13 MT TRANSCRIBED DATE: 02/15/2021 18:13 MT

**Xr Chest 1 View Ap Portable**

**Result Date: 3/4/2021**

Narrative: Single view chest. INDICATION: Follow-up for infiltrate. FINDINGS: Comparison 2/25/2021. Oxygen tubing is present. Poor inspiratory result. No free air is evident. Heart size is unchanged. Pulmonary vasculature centrally appears indistinct. There is worsening aeration of each lung.

Impression: Interval worsening of pulmonary status. Transcribed by: NTS WS: CECANSTM-RAD460 DICTATED BY: Arvanetes, Lou     Date: 03/04/2021 07:30 MT TRANSCRIBED DATE: 03/04/2021 07:45 MT

**Xr Chest 1 View Ap Portable**

**Result Date: 2/25/2021**

Narrative: HISTORY: Hypoxia. COVID. COMPARISON: 2/15/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Pulmonary volumes are decreased. Pulmonary vascular congestion and bilateral pulmonary opacities are present. Heart size and mediastinal contours are stable. Compared to prior, aeration within the lungs appears slightly worse, which may be related to progressive/worsening pneumonia.

Impression: Decreased lung volumes with bilateral pulmonary opacities, slightly worse. Transcribed by: NTS_KR WS: CECOSPH-IMG0932 DICTATED BY: Shaeffer, Douglas     Date: 02/25/2021 08:56 MT TRANSCRIBED DATE: 02/25/2021 09:10 MT

**Xr Chest 1 View Ap Portable**

**Result Date: 2/15/2021**

Narrative: HISTORY: Increasing shortness of breath and oxygen requirements. COMPARISON: 2/13/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Lungs remain expanded. Coarse bilateral mid lung and lower lung zone opacities consistent with infiltrates and progressive bilateral pneumonia. Heart size is normal. Mediastinum is unremarkable. Bony thorax is intact.

Impression: 1. Increasing bilateral pulmonary opacities consistent with progressive infiltrates and pneumonia as described above. Findings consistent with COVID pneumonia. Transcribed by: NTS_LM WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William     Date: 02/15/2021 17:27 MT TRANSCRIBED DATE: 02/15/2021 17:50 MT

**Xr Chest 1 View Ap Portable**

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 1500718517    Admission Date: 03/02/2021

Result Date: 2/14/2021
Narrative: VIEWS: PA and lateral. HISTORY: Shortness of breath COMPARISON:
None available FINDINGS: Patchy bilateral lung infiltrate. Lung volumes
are low. The thorax or effusion. The cardiomediastinal contours and pleura
are normal. The bones of the visualized chest wall appear intact.
Impression: Covid 19 pneumonitis WS: JOHNSON-WIN10 DICTATED BY: Johnson,
Gabriel      Date: 02/14/2021 08:03 MT TRANSCRIBED DATE: 02/14/2021 08:03
MT

*FLP
23974-009*

I personally reviewed medications, problem list, allergies, past medical
and surgical history, family and social history, vital signs, lab results
and imaging studies
**Physical Exam:**
General Appearance:    Alert, cooperative, no distress, appears stated age
Head:    Normocephalic, without obvious abnormality, atraumatic
Eyes:    PERRL, conjunctiva/corneas clear, EOMs intact, fundi
  benign, both eyes
Oropharynx:   Lips, mucosa, and tongue normal; teeth and gums normal
Neck:    Supple, symmetrical, trachea midline, no adenopathy;
  thyroid:  No enlargement/tenderness/nodules; no carotid
  bruit or JVD
Lungs:    Clear to auscultation bilaterally, respirations unlabored
Chest wall:    No tenderness or deformity
Heart:    Regular rate and rhythm, S1 and S2 normal, no murmur, rub   or
gallop
Musculoskeletal:   Normal
Abdomen:    Soft, non-tender, bowel sounds active all four quadrants,
  no masses, no organomegaly
Rectal:
Extremities:   Extremities normal, atraumatic, no cyanosis or edema
Pulses:    2+ and symmetric all extremities
Skin:   Skin color, texture, turgor normal, no rashes or lesions
Lymph nodes:    Cervical, supraclavicular, and axillary nodes normal
Neurologic:    CNII-XII intact. Normal strength, sensation and reflexes
  throughout
Plan of care was discussed with the interdisciplinary team.
Daniel L Ward, DO
Electronically signed by Daniel L Ward, DO at 3/7/2021  3:58 PM

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.



# XSOLIS

## VISIT SYNOPSIS

Created By: Catherine Jamison

FLP 23974-009

### PATIENT INFORMATION

| Name: BAKER, ANTOINE (M) | DOB: 04/19/1979 | Patient Status: Inpatient |
|---|---|---|
| Presentation Date and Time: 02/15/2021 15:47 | Admission Date and Time: 02/15/2021 19:48 | |
| Primary Payer Name: FLORENCE AMERICAN CORRECTIONAL ACH | Primary Member/Subscriber ID: 23974009 | Primary Payer Authorization Number: WB240005+++ |
| Facility: Centura Health Penrose Hospital | Facility Tax ID: 840405257 | Facility NPI: 1932112125 |
| Attending Physician: NGUYEN, TON-VINH MINH | | |

### ADDITIONAL NOTES

?CASE MANAGER

CHRISTOPHER PIERCE

719-776-7464

### COMMENTS

| Date | Type | Comment |
|---|---|---|
| 02/28/2021 00:00 | Continued Stay Comment | Max CLS:92 Current CLS:20 Amb w/ walker; CGA without AD. ambulated 30 feet x 2 + 10 feet without AD. Pt required rest breaks 2/2 SOB. Transfers CGA; Ind. bed mobility. Vitals: spo2 on 4L at beginning of session: 93% spO2 on 4L with ambulation: 85%, recovering to 90% with increased time spO2 on 5L NC with ambulation - 87% with increased rest break to recover to 91% Pt left on 4L NC with spO2 at 4L Oxygen weaned to 3 L/NC w/ pulse ox 93 -98%; Afebrile; VSS. IV Lasix 20 mg x 1 |

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)   MRN: CEUE01852660   Account Number: 2402840056   Admission Date: 02/15/2021

**Progress Note - NGUYEN, TONVINH 02/26/2021 14:34**

CEUE01852660  Baker,Antoine                          04/19/1979  M
Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819                      FUP
HNO ID: 887309247                                   23974.009
Author: Ton-Vinh Minh Nguyen, DO
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 2/26/2021  2:37 PM
Authentication Info: Progress Notes by Ton-Vinh Minh Nguyen, DO at 2/26/2021
2:34 PM
Note Text:
CHPG HOSPITALIST PROGRESS NOTE
T.V. Nguyen, DO
719-776-8040
PCP: No primary care provider on file.
Code Status: Full Code
DATE OF ADMISSION:  2/15/2021
Hospital Day 11
Impression:
41 y.o. yo male who comes from the Department of Corrections Facility in
Florence, CO for COVID infection with worsening sob.  He was originally
diagnosed with covid about 10 days ago.  Was initiated on steroids and
supplemental o2 and even seen at St Thomas More ER 2 days prior to
admission and discharged back to DOC Facility on 4lpm NC.  He presents due
to sob/doe with increased o2 needs to 6lpm.  On presentation here he
required 7lpm.
Dispo:
Inpatient due to treatment of his COVID 19
ACTIVE DIAGNOSES:
Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19
- original dx about 10 days prior to this admission; would need the
correctional facility value to confirm first positive, otherwise first
positive is this visit dated 2/15/21)
 - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days
ago, then increased to 6lpm prompting transfer from DoC back to the
hospital.
Plan
 - prednisone 20 mg daily, will likely need a slow taper at discharge,
would not be surprised if this patient is developing ILD
 - lasix prn
 - vitamin d, NAC, zinc, melatonin, pepcid
 - vapotherm prn, bipap prn
- prn crp and ddimer
- lovenox BID
- start combivent and flutter valve and IS
- Per CM, as this patient is from DOC, he needs to be stable on 4L before

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

being able to be discharged
Dx: Sepsis Viral
 - wbc normal, afebrile, hr 91, rr 22, but while source could be lungs,
presumably may be from cytokine storm as a consequence of covid
 - ok to hold abx for now
 - no ivf given diuresis needs to limit ards/ild progression
 - monitor, since hes at risk of developing infxn at anytime
 - 2/17/21 lact still neg; cont covid management
Dx: Constipation
 - last bm 2/14/21
 - bowel regimen
DVT PPX: lovenox
GI PPX: pepcid
CONSULTS:
All Consulting Physicians - Current Visit
 Provider Specialty From To
 Amanda Wilson, DO Hospitalist 02/15/21 1727 02/15/21 1745
PROCEDURES:
 No surgery found
Chief Complaint:
Chief Complaint
Patient presents with
 Respiratory Distress
Subjective
Discussed with patient about COVID 19, oxygen level, need for
hospitalization, continue current treatment, pt/OT eval and treat
ROS:
Patient complains of SOB, cough
Patient denies fever, chills, chest pain
Objective
 Temp: [36.4 C (97.5 F)-36.9 C (98.5 F)] 36.8 C (98.3 F)
Pulse: [77-98] 97
Resp: [16-18] 18
BP: (112-136)/(70-83) 136/79
O2 Flow Rate (L/min): [5 L/min] 5 L/min
PHYSICAL EXAM:
GENERAL: moderate acute distress, pleasant, obese
Eyes: Reactive to light, EOMI
ENT: No discharge from nasal mucosa, dental  intact
CV: Regular rate and rhythm, gross murmurs
Peripheral pulses are equal on upper extremities
PULM: mild crackles noted bilaterally, tacphnea noted
ABD: soft, non tender, non distended
GU: no flank tenderness, foley is absent
EXT: no gross cyanosis or clubbing, no edema
NEURO: Muscle tone and bulk within normal limits for age
Sensation grossly intact bilaterally
SKIN: no rash, warm, multiple tattooes noted on body
PSYCH: Alert and oriented X 3
speech is fluent
Current Medications

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

Continuous Infusions:
Scheduled Meds:acetylcysteine, 600 mg, oral, BID
    bisacodyL, 10 mg, rectal, Once
    cholecalciferol, 10,000 Units, oral, Daily
    enoxaparin, 50 mg, subcutaneous, Q12H
    famotidine, 20 mg, oral, BID
    furosemide, 20 mg, intravenous, Daily
    melatonin, 6 mg, oral, Nightly
    multivitamin-minerals, 1 tablet, oral, Daily
    polyethylene glycol, 17 g, oral, Daily
    predniSONE, 20 mg, oral, Daily with breakfast
    sennosides-docusate sodium, 1 tablet, oral, BID
    zinc sulfate, 220 mg, oral, Daily
PRN Meds:
    acetaminophen OR acetaminophen
    albuterol
    benzocaine-menthol
    dextromethorphan-guaiFENesin
    methocarbamoL
    ondansetron OR ondansetron
    sodium chloride
Labs (last 24 hours):
CBC:
WBC White Blood Count
Date Value Ref Range Status
02/25/2021 17.1 (H) 4.0 - 9.6 103/uL Final
RBC Red Blood Count
Date Value Ref Range Status
02/25/2021 5.33 4.40 - 5.89 106/uL Final
BMP:
Glucose
Date Value Ref Range Status
02/26/2021 112 (H) 70 - 99 mg/dL Final
CO2 Carbon Dioxide
Date Value Ref Range Status
02/26/2021 27 20 - 30 mmol/L Final
BUN Urea Nitrogen
Date Value Ref Range Status
02/26/2021 28 (H) 6 - 24 mg/dL Final
Calcium
Date Value Ref Range Status
02/26/2021 8.6 8.3 - 10.1 mg/dL Final
Coagulation: No results found for: PT, INR, APTT
Micro:
Microbiology Results (last 3 days)
    No results found for the last 72 hours.
Radiology: No results found.
Telemetry personally reviewed: none
I personally reviewed the patients PMH, Allergies, Social Hx, Family Hx,
labs, vitals, and current medications.
Ton-Vinh Minh Nguyen, DO

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)   MRN: CEUE01852660   Account Number: 2402840056   Admission Date: 02/15/2021

**2/26/2021**
**For any questions, please use Tiger Text to contact me**
**Electronically signed by Ton-Vinh Minh Nguyen, DO at 2/26/2021  2:37 PM**

FCP 23974-009

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

---

## 03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)

Notes (group 1 of 2) (continued)

### Results from last 7 days

PLP 23974-009

| Lab | Units | 03/01/21 0613 |
|---|---|---|
| SODIUM | mmol/L | 137 |
| POTASSIUM | mmol/L | 3.3* |
| CHLORIDE | mmol/L | 104 |
| CO2 | mmol/L | 26 |
| BUN | mg/dL | 21 |
| CREATININE | mg/dL | 0.83 |
| CALCIUM | mg/dL | 8.4 |
| GLUCOSE | mg/dL | 87 |

Invalid input(s): UACLARITYU, PHU, LEUKOCYTESU, UROBILINOGENU, ASCROBACID
No components found for: TROPON

Microbiology Results (last 3 days)
  ** No results found for the last 72 hours. **

**IMAGING STUDIES:**
Cta Chest For Pe

Result Date: 2/15/2021
Narrative: HISTORY: Shortness of breath, diagnosed with COVID pneumonia 6 days ago. COMPARISON: Chest radiograph 2/13/2021 [ ]. TECHNIQUE: CTA CHEST FOR PULMONARY EMBOLISM. 75 mL of Omnipaque-350. Oblique, sagittal, and coronal MIP reformations were created. FINDINGS: Pulmonary artery opacification is slightly less than optimal. Central pulmonary arteries are well-opacified and normal. Peripheral detail is obscured by bilateral pulmonary infiltrates and motion artifact. No definite intra-arterial pulmonary thrombi are noted. The heart size is normal. No abnormal mediastinal masses, pathologically enlarged lymph nodes or fluid collections are noted. Central airways are normal. Lung parenchymal windows demonstrate bilateral peripheral opacities consistent with infiltrates and probable pneumonia involving the bilateral upper lobes. Coarse opacities consistent with bilateral lower lobe infiltrates are present. Associated are groundglass opacities consistent with associated pneumonia, edema or atelectasis noted. Parenchymal opacities are consistent with COVID pneumonia. No effusions are demonstrated. Images obtained into the upper abdomen are unremarkable. Bony thorax is intact.

Impression: 1. No evidence of pulmonary embolic disease. Central pulmonary arteries are well-opacified and unremarkable. Peripheral detail is somewhat obscured because of timing and associated bilateral upper lobe and lower lobe opacities consistent with infiltrates and pneumonia as described above. Motion artifact also obscures detail. 2. Parenchymal findings are consistent with COVID pneumonia. See above comments. This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique. Transcribed by: NTS_KR WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William Date: 02/15/2021 17:12 MT TRANSCRIBED DATE: 02/15/2021 17:47 MT

Us Leg Duplex Venous Bilateral

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

FLP 23974-009

---

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 1 of 2) (continued)

Result Date: 2/15/2021
Narrative: HISTORY: 41-year-old male. Leg swelling. Suspect deep vein thrombosis. COVID positive. COMPARISON: None available. TECHNIQUE: US LEG VENOUS BILATERAL. Multiple Grayscale, Color, and Spectral Doppler images with waveform analysis were performed.? Vessels evaluated include: common femoral, proximal greater saphenous, proximal, mid and distal femoral, proximal profundal femoral, popliteal and calf veins. FINDINGS: The deep veins of both lower extremities demonstrate normal sonographic appearances and compressibility. Venous Doppler signal is normal.

Impression: No evidence of deep vein thrombosis in either leg. WS: CECOSSFM-IMG872 DICTATED BY: Jensen, Steven    Date: 02/15/2021 18:13 MT TRANSCRIBED DATE: 02/15/2021 18:13 MT

Xr Chest 1 View Ap Portable

Result Date: 2/25/2021
Narrative: HISTORY: Hypoxia. COVID. COMPARISON: 2/15/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Pulmonary volumes are decreased. Pulmonary vascular congestion and bilateral pulmonary opacities are present. Heart size and mediastinal contours are stable. Compared to prior, aeration within the lungs appears slightly worse, which may be related to progressive/worsening pneumonia.

Impression: Decreased lung volumes with bilateral pulmonary opacities, slightly worse. Transcribed by: NTS_KR WS: CECOSPH-IMG0932 DICTATED BY: Shaeffer, Douglas    Date: 02/25/2021 08:56 MT TRANSCRIBED DATE: 02/25/2021 09:10 MT

Xr Chest 1 View Ap Portable

Result Date: 2/15/2021
Narrative: HISTORY: Increasing shortness of breath and oxygen requirements. COMPARISON: 2/13/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Lungs remain expanded. Coarse bilateral mid lung and lower lung zone opacities consistent with infiltrates and progressive bilateral pneumonia. Heart size is normal. Mediastinum is unremarkable. Bony thorax is intact.

Impression: 1. Increasing bilateral pulmonary opacities consistent with progressive infiltrates and pneumonia as described above. Findings consistent with COVID pneumonia. Transcribed by: NTS_LM WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William    Date: 02/15/2021 17:27 MT TRANSCRIBED DATE: 02/15/2021 17:50 MT

**ASSESSMENT:**
#COVID-19 PNA
- clearance testing is negative
#Acute hypoxic respiratory failure
- overall improved but persistent need for 4-5LPM O2 with activity desats
- most likely d/t COVID related lung inflammation or injury
- differential includes edema or secondary infection
#Generalized weakness
- associated with some myalgia and paresthesia
- presentation not c/w inflammatory myopathy
- consider steroid myopathy vs COVID vs deconditioning

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

*FLP 23974-009*

---

### 03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)

Notes (group 1 of 2) (continued)

| H&P |
|---|
| Timothy Michael Bresnahan, MD at 3/3/2021  7:46 PM |

**CHIEF COMPLAINT:**
weakness

**HISTORY OF PRESENT ILLNESS:**
Antoine Baker is a 41 y.o. male federal bop inmate is transferred from Penrose hospital for rehab care following COVID pneumonia with acute hypoxic respiratory failure. Mr. Baker's primary complaint is weakness. Weakness is generalized but worse in the proximal lower extremities. Worse with activity; he denies relieving factors or associated symptoms. He also has dyspnea on exertion that limits activity and is associated with cough and sore throat. Denies modifying factors.

Additional history: Mr. Baker was diagnosed with COVID on/about 2/5/21 and was treated with steroids, ASA and cholecalciferol.

**PAST MEDICAL HISTORY:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Depression | |

**PAST SURGICAL HISTORY:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CHEST SURGERY | | |
| *motor vehicle accident with foreign body to chest.  had surgery to revome FB to left chest* | | |

**PRIMARY CARE:**
No primary care provider on file.

**MEDICATIONS:**
Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking ? | Authorizing Provider |
|---|---|---|---|---|---|
| aspirin 81 MG chewable tablet | Chew 1 tablet (81 mg) daily. | 3/3/21 | 4/2/21 | | Ton-Vinh Minh Nguyen, DO |
| cholecalciferol (VITAMIN D3) 125 mcg (5000 unit) tablet | Take 2 capsule/tablet (10,000 Units) by mouth daily. | 3/3/21 | 4/2/21 | | Ton-Vinh Minh Nguyen, DO |
| famotidine (PEPCID) 20 MG tablet | Take 1 tablet (20 mg) by mouth 2 times a day. | 3/2/21 | 4/1/21 | | Ton-Vinh Minh Nguyen, DO |
| ipratropium-albuteroL (COMBIVENT RESPIMAT) 20-100 mcg/actuation mist | Inhale 1 puff by mouth every 6 hours as needed (SOB wheezing). | 3/2/21 | 4/1/21 | | Ton-Vinh Minh Nguyen, DO |
| predniSONE (DELTASONE) 5 MG tablet | Take 3 tablets (15 mg) by mouth daily with breakfast for 5 days, THEN 2 tablets (10 mg) daily with breakfast for 5 days, THEN 1 tablet (5 mg) daily with breakfast | 3/3/21 | 3/18/21 | | Ton-Vinh Minh Nguyen, DO |

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

_FLP23974-009_

---

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 1 of 2) (continued)

3/6: Patient has completed his course of treatment. Continues on 4 L of oxygen. He states that he was not previously on oxygen.
3/7: Very weak and will continue with therapy.
3/8: Post COVID weakness.
3/10: Continues with weakness and hypoxia which is long term residual from the COVID infection.  This may go on for some time.
3/11: Discussed with him the long-term sequelae of some patients after the SARS-CoV-2 infection.

Electronically signed by David Michael Kilpatrick, MD at 3/11/2021 12:45 PM

**David Michael Kilpatrick, MD at 3/11/2021 12:44 PM**

3/6: Titrate oxygen as tolerated.
3/7: Oxygen needs up a bit overnight. We were able to titrate down later today. Currently 4 LPM  Started on IV solumedrol 125mg q 6 hr and albuterol MDI.
3/8: Pt is only achieving IS volumes of 250 ml to 500 ml.  PEP therapy started QID. Continue on solumedrol IV overnight and transition to oral steroid.
3/10: Continues on steroid taper, mobic for inflammatory pleuritic pain.
3/11: This seems to be doing significantly better.  He is down to 1 L of oxygen today. We will continue to work on tapering. Should be able to go back soon.
3/12: Seems to be doing acceptably well on 1 L of oxygen, at least with regards to his saturations. He may very well be able to be tapered off over the next few days, but he certainly does not need to be in the hospital for that.

Electronically signed by David Michael Kilpatrick, MD at 3/12/2021 12:42 PM

**Daniel L Ward, DO at 3/10/2021 1:24 PM**

3/6: Titrate oxygen as tolerated.
3/7: Oxygen needs up a bit overnight. We were able to titrate down later today. Currently 4 LPM  Started on IV solumedrol 125mg q 6 hr and albuterol MDI.
3/8: Pt is only achieving IS volumes of 250 ml to 500 ml.  PEP therapy started QID. Continue on solumedrol IV overnight and transition to oral steroid.
3/10: Continues on steroid taper, mobic for inflammatory pleuritic pain.

Electronically signed by Daniel L Ward, DO at 3/10/2021 1:25 PM

**Daniel L Ward, DO at 3/10/2021 1:08 PM**

3/6: Patient has completed his course of treatment. Continues on 4 L of oxygen. He states that he was not previously on oxygen.
3/7: Very weak and will continue with therapy.
3/8: Post COVID weakness.
3/10: Continues with weakness and hypoxia which is long term residual from the COVID infection.  This may go on for some time.

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

FCP 23974-009

---

### 03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)

Notes (group 2 of 2) (continued)

Result Date: 3/7/2021
Narrative: EXAMINATION: XR CHEST 2 VIEW PA AND LATERAL on 3/7/2021. INDICATION: 41-year-old male. Hypoxia; Shortness of breath; pain on inspiration. History of Covid-19. COMPARISON: Chest x-ray 3/4/2021 FINDINGS: Multifocal patchy infiltrates overall appears similar. Lung volumes are low. There is moderate diffuse bronchial wall thickening. No pleural effusion or pneumothorax. Cardiomediastinal silhouette is unremarkable. Bones are unremarkable.

Impression: Similar appearance of multifocal patchy infiltrates and bronchial wall thickening. WS: JAIN-WIN10 DICTATED BY: Jain, Raj    Date: 03/07/2021 10:54 MT TRANSCRIBED DATE: 03/07/2021 10:54 MT

Cta Chest For Pulmonary Embolism

Result Date: 3/9/2021
Narrative: Exam:CT angiogram chest for pulmonary embolism. Reformatted 3-D MIP imaging. History:Chest pain and PE suspected. Dyspnea 85 mL of Omnipaque 350 Comparison:2/15/2021 Findings:No evidence for large central pulmonary embolism. Peripheral emboli not excluded due to contrast bolus. Patchy bilateral groundglass opacities over the upper lobes increased from previous and improved over the lower lobes from the previous exam these findings are concerning for a pneumonia although nonspecific. The mediastinum without adenopathy. The thoracic aorta unremarkable. Visualized abdominal organs unremarkable. Respiratory motion throughout.

Impression: NO LARGE CENTRAL PULMONARY EMBOLISM PERIPHERAL SMALL EMBOLI not excluded. Patchy bilateral groundglass opacities concerning for pneumonia. These have progressed or increased over the upper lobes and appear improved over the lower lobes from previous exam. Findings concerning for a COVID-19 pneumonia. This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique WS: CECANSTM-RAD460 DICTATED BY: Ballenger, Danny    Date: 03/09/2021 12:57 MT TRANSCRIBED DATE: 03/09/2021 12:57 MT

Cta Chest For Pe

Result Date: 2/15/2021
Narrative: HISTORY: Shortness of breath, diagnosed with COVID pneumonia 6 days ago. COMPARISON: Chest radiograph 2/13/2021 [ ]. TECHNIQUE: CTA CHEST FOR PULMONARY EMBOLISM. 75 mL of Omnipaque-350. Oblique, sagittal, and coronal MIP reformations were created. FINDINGS: Pulmonary artery opacification is slightly less than optimal. Central pulmonary arteries are well-opacified and normal. Peripheral detail is obscured by bilateral pulmonary infiltrates and motion artifact. No definite intra-arterial pulmonary thrombi are noted. The heart size is normal. No abnormal mediastinal masses, pathologically enlarged lymph nodes or fluid collections are noted. Central airways are normal. Lung parenchymal windows demonstrate bilateral peripheral opacities consistent with infiltrates and probable pneumonia involving the bilateral upper lobes. Coarse opacities consistent with bilateral lower lobe infiltrates are present. Associated are groundglass opacities consistent with associated pneumonia, edema or atelectasis noted. Parenchymal opacities are consistent with COVID pneumonia. No effusions are demonstrated. Images obtained into the upper abdomen are unremarkable. Bony thorax is intact.

Impression: 1. No evidence of pulmonary embolic disease. Central pulmonary arteries are well-opacified and unremarkable. Peripheral detail is somewhat obscured because of timing and associated bilateral upper lobe and lower lobe opacities consistent with infiltrates and pneumonia as described above. Motion artifact also obscures detail. 2. Parenchymal findings are consistent with COVID pneumonia as described above comments. This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique. Transcribed by: NTS_KR WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William Date: 02/15/2021 17:12 MT TRANSCRIBED DATE: 02/15/2021 17:47 MT

St Thomas More Hospital
1338 Phay Ave
Canon City CO 81212

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 3/2/2021, D/C: 3/12/2021

FCP 23974-009

---

**03/02/2021 - Admission (Discharged) in St. Thomas More Hospital Med/Surg (continued)**

Notes (group 2 of 2) (continued)

---

Us Leg Duplex Venous Bilateral

Result Date: 2/15/2021
Narrative: HISTORY: 41-year-old male. Leg swelling. Suspect deep vein thrombosis. COVID positive. COMPARISON: None available. TECHNIQUE: US LEG VENOUS BILATERAL. Multiple Grayscale, Color, and Spectral Doppler images with waveform analysis were performed.? Vessels evaluated include: common femoral, proximal greater saphenous, proximal, mid and distal femoral, proximal profundal femoral, popliteal and calf veins. FINDINGS: The deep veins of both lower extremities demonstrate normal sonographic appearances and compressibility. Venous Doppler signal is normal.

Impression: No evidence of deep vein thrombosis in either leg. WS: CECOSSFM-IMG872 DICTATED BY: Jensen, Steven    Date: 02/15/2021 18:13 MT TRANSCRIBED DATE: 02/15/2021 18:13 MT

Xr Chest 1 View Ap Portable

Result Date: 3/4/2021
Narrative: Single view chest. INDICATION: Follow-up for infiltrate. FINDINGS: Comparison 2/25/2021. Oxygen tubing is present. Poor inspiratory result. No free air is evident. Heart size is unchanged. Pulmonary vasculature centrally appears indistinct. There is worsening aeration of each lung.

Impression: Interval worsening of pulmonary status. Transcribed by: NTS WS: CECANSTM-RAD460 DICTATED BY: Arvanetes, Lou    Date: 03/04/2021 07:30 MT TRANSCRIBED DATE: 03/04/2021 07:45 MT

Xr Chest 1 View Ap Portable

Result Date: 2/25/2021
Narrative: HISTORY: Hypoxia. COVID. COMPARISON: 2/15/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Pulmonary volumes are decreased. Pulmonary vascular congestion and bilateral pulmonary opacities are present. Heart size and mediastinal contours are stable. Compared to prior, aeration within the lungs appears slightly worse, which may be related to progressive/worsening pneumonia.

Impression: Decreased lung volumes with bilateral pulmonary opacities, slightly worse. Transcribed by: NTS_KR WS: CECOSPH-IMG0932 DICTATED BY: Shaeffer, Douglas    Date: 02/25/2021 08:56 MT TRANSCRIBED DATE: 02/25/2021 09:10 MT

Xr Chest 1 View Ap Portable

Result Date: 2/15/2021
Narrative: HISTORY: Increasing shortness of breath and oxygen requirements. COMPARISON: 2/13/2021. TECHNIQUE: XR CHEST 1 VIEW AP PORTABLE. FINDINGS: Lungs remain expanded. Coarse bilateral mid lung and lower lung zone opacities consistent with infiltrates and progressive bilateral pneumonia. Heart size is normal. Mediastinum is unremarkable. Bony thorax is intact.

Impression: 1. Increasing bilateral pulmonary opacities consistent with progressive infiltrates and pneumonia as described above. Findings consistent with COVID pneumonia. Transcribed by: NTS_LM WS: CECOSPH-IMG0947 DICTATED BY: Pitman, William    Date: 02/15/2021 17:27 MT TRANSCRIBED DATE: 02/15/2021 17:50 MT

Xr Chest 1 View Ap Portable





## XSOLIS

# VISIT SYNOPSIS

Created By: Jennifer Terkildsen

FUP 23974-009

### PATIENT INFORMATION

| Name: BAKER, ANTOINE (M) | DOB: 04/19/1979 | Patient Status: Inpatient |
|---|---|---|
| Presentation Date and Time: 02/15/2021 15:47 | Admission Date and Time: 02/15/2021 19:48 | |
| Primary Payer Name: FLORENCE AMERICAN CORRECTIONAL ACH | Primary Member/Subscriber ID: 23974009 | Primary Payer Authorization Number: WB240005+++ |
| Facility: Centura Health Penrose Hospital | Facility Tax ID: 840405257 | Facility NPI: 1932112125 |
| Attending Physician: HOR, ALBERT YUEN KWONG | | |

### ADDITIONAL NOTES

02/22/21 1055

Discharge Planning

Case Management

DC Plan Update   PNE d/t COVID+- currently on 25L O2 heated HFNC and 5L oxymask. Return to DOC in Florence.

### COMMENTS

| Date | Type | Comment |
|---|---|---|
| 02/22/2021 00:00 | Continued Stay Comment | Contact/Droplet precaution in place. Pt complains of lower chest pain. Gave robaxin and tylenol as ordered. - peaked to 40lpm 100% vapotherm - but has since improved with steroids and lasix (stopped) and inhaler (changed to prn) and vitamins; no ffp, no remdes given - just needs more time - if cont's to improve, can start weaning steroids soon - if plateaus/worsens (consider change in steroids again and restart of diuresis; again, he can't prone due to cuffs and severity of his sob with even zero movement, just laying in bed) - he's very symptomatic and I tell him it will take time - dispo not set, still needing vapotherm Attempted to wean fio2 And went down to 75% But then back up to 80% Pt is receiving 25L O2 via HHFNC and 5L via oxymask. - SpO2 89% |

### VITALS

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

| Date | | Resp Rate [12 - 20] | |
|------|--|---------------------|--|
| 02/22/2021 14:35 | | | 22 H |

*FCP 23974-009*

| Date | Temp [97.8 - 99] | SpO2 [95 - 100] | O2 Flow [0 - 20] |
|------|------------------|-----------------|------------------|
| 02/22/2021 16:00 | 97.5 L | 90 L | |
| 02/22/2021 14:35 | | 89 L | 30 L/M |
| 02/22/2021 12:15 | | 90 L | 35 L/M |
| 02/22/2021 08:00 | | 90 L | |
| 02/22/2021 07:00 | | 87 L | 25 L/M |
| 02/22/2021 06:13 | | 91 L | |
| 02/22/2021 04:00 | | 90 L | 25 L/M |
| 02/22/2021 03:45 | | 90 L | 25 L/M |

## LABS

### Metabolic Panel

| Date | Na [135 - 145] | Bicarb [23 - 29] | BUN [7 - 21] |
|------|----------------|------------------|--------------|
| 02/22/2021 04:08 | 132 L | 30 H | 44 H |

### Blood Glucose

| 02/22/2021 04:08 | 148 H |
|------------------|-------|

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

**Progress Note - HOR, ALBERT 02/22/2021 11:11**

CEUE01852660  Baker,Antoine                    04/19/1979  M
Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819
MNO ID: 881610470
Author: Albert Yuen Kwong Hor, MD
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 2/22/2021 12:20 PM
Authentication Info: Progress Notes by Albert Yuen Kwong Hor, MD at 2/22/2021
11:11 AM
Note Text:
eCHPG (Centura Health Physician Group) HOSPITALIST PROGRESS NOTE
 Progress Note
Patient Name:        Antoine Baker
Date of Birth:          4/19/1979
Medical Record #:   CEUE01852660
PCP: No primary care provider on file.
Physician: CHPG Hospitalist, 719-776-8040 (Albert Yuen Kwong Hor, MD)
Date of Admission: 2/15/2021
Date of Note: 2/22/2021
Length of Stay: 7
Consultants:
n/a
Procedures:
N/a
Chief Complaint: sob
Assessment/Plan
41 y.o. yo male who comes from the Department of Corrections Facility in
Florence, CO for COVID infection with worsening sob.  He was originally
diagnosed with covid about 10 days ago.  Was initiated on steroids and
supplemental o2 and even seen at St Thomas More ER 2 days ago and
discharged back to DOC Facility on 4lpm NC.  He presents due to sob/doe
with increased o2 needs to 6lpm.  On presentation here he required 7lpm.
Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19
  - see previous notes for details
  - original dx about 10 days prior to this admission; would need the
correctional facility value to confirm first positive, otherwise first
positive is this visit dated 2/15/21)
  - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days
ago, then increased to 6lpm prompting transfer from DoC back to the
hospital.
  - peaked to 40lpm 100% vapotherm
  - but has since improved with steroids and lasix (stopped) and inhaler
(changed to prn) and vitamins; no ffp, no remdes given
  - just needs more time
  - if conts to improve, can start weaning steroids soon

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

- if plateaus/worsens (consider change in steroids again and restart of diuresis; again, he cant prone due to cuffs and severity of his sob with even zero movement, just laying in bed)
- hes very symptomatic and I tell him it will take time

*FCP
23974-009*

Dx: SIRS
- wbc normal, afebrile, hr 91, rr 22, but while source could be lungs, presumably may be from cytokine storm as a consequence of covid
- ok to hold abx for now
- no ivf given diuresis needs to limit ards/ild progression
- monitor, since hes at risk of developing infxn at anytime
- 2/17/21 lact still neg; cont covid management
Dx: Constipation
- last bm 2/14/21
- increase bowel regimen
- 2/21/21 had bm today (not documented yet); maintain regimen, pull back if diarrhea
DVT PPx: SCDs, Lovenox ppx
Code: FULL
Dispo:
- covid management
- dispo not set, still needing vapotherm
- likely limit for dispo is at most 6lpm with activity (as I doubt he can do HF concentrator in prison)
Subjective
Largely unchanged from yest
Attempted to wean fio2
And went down to 75%
But then back up to 80%
No net change in lpm
As I told pt
This is what id expect
Trend may slow
Or have ups/downs
As long as there isnt a contd worsening trend
We just ride it out
And give more time
A part of it is lung injury and that takes time to heal
As I talked with him
Despite values above effectively unchanged
He said today hes actually feeling a little better
I said thats good
The next provider will be doing the same thing
In terms of ensuring the steroids work
And his trend continues
If his body says otherwise and goes the other direction
Hell have to readjust
Though I am hoping the worst of it is behind him
And he just needs time
Which is a lot of the time, the hardest part
All questions answered
CC time: 35 mins

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)   MRN: CEUE01852660   Account Number: 2402840056   Admission Date: 02/15/2021

Patient has illness/injury impacting one or more vital organ systems; high
probability of deterioration in patientAs condition (including but not
limited to death/permanent debility); see previous
No acute events overnight per staff except as stated above
Bedside rounds performed with staff

FLP 23974-009

Objective
Physical Exam:
Const: NAD, appropriate grooming
Eyes: PERRL, anicteric, no ptosis
CV: RRR, without appreciable r/g, no peripheral edema
Pulm: vapotherm 25 and 80% (couldnt wean, so effectively same as yest);
he still has sob at rest with increased wob without doing much of
anything, few word level dyspnea with speech
Abd: Soft, NT, ND
Skin: tattooes everywhere on extremities/neck/etc
Neuro: AOx4, no focal deficits
Psych: appropriate judgement/insight and mood/affect
I personally reviewed patients medications, problem list, allergies,
vitals/labs/imaging/micro, and discussed plan of care with
patient/family/other providers as detailed in Subjective/Assessment/Plan
above
Documentation adjusted per CMPG preference to allow for concise/clear
communication; this may limit extra details in patient care that may
potentially help/hurt staff/patient/family in understanding the full
breath of care given while admitted.  However, this will never include
documentation of urgent/emergent management as those will be addended or
documented separately given their importance.
Vitals
Temp:  [36.6 C (97.9 F)-37 C (98.6 F)] 36.6 C (97.9 F)
Pulse:  [79-99] 99
Resp:  [18-20] 20
BP: (116-130)/(71-72) 116/71
FiO2 (%):  [75 %-80 %] 79.1 %
O2 Flow Rate (L/min):  [25 L/min] 25 L/min
Temp (24hrs), Avg:36.8 C (98.3 F), Min:36.6 C (97.9 F), Max:37 C
(98.6 F)
Intake/Output Summary (Last 24 hours) at 2/22/2021 1111
Last data filed at 2/22/2021 0300
Gross per 24 hour
Intake 600 ml
Output 700 ml
Net -100 ml
Current Medications
Current Facility-Administered Medications
Medication Dose Route Frequency Provider Last Rate Last Admin
  acetaminophen (TYLENOL) tablet 650 mg  650 mg oral Q6H PRN Jason Matthew
Tarno, DO   650 mg at 02/22/21 0205
 Or
  acetaminophen (TYLENOL) suppository 650 mg  650 mg rectal Q6H PRN Jason
Matthew Tarno, DO
  albuterol inhaler 4-6 puff  4-6 puff inhalation Q6H PRN Justin L Jester,

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this
information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)   MRN: CEUE01852660   Account Number: 2402840056   Admission Date: 02/15/2021

PA-C   4 puff at 02/20/21 1405                    FLP 23974-009
  ascorbic acid (VITAMIN C) tablet 500 mg   500 mg oral Daily Albert Yuen
Kwong Hor, MD   500 mg at 02/22/21 0933
  benzocaine-menthol (CEPACOL) lozenge 1 each   1 each mouth/throat Q4H PRN
Albert Yuen Kwong Hor, MD   1 each at 02/22/21 0934
  benzonatate (TESSALON) capsule 100 mg   100 mg oral TID Albert Yuen Kwong
Hor, MD   100 mg at 02/22/21 0934
  bisacodyL (DULCOLAX) suppository 10 mg   10 mg rectal Once Albert Yuen
Kwong Hor, MD
  cholecalciferol (VITAMIN D3) tablet/capsule 1,000 Units   1,000 Units
oral Daily Albert Yuen Kwong Hor, MD   1,000 Units at 02/22/21 0934
  dextromethorphan-guaiFENesin (ROBITUSSIN-DM) 10-100 mg/5 mL liquid 10 mL
10 mL oral Q4H PRN Albert Yuen Kwong Hor, MD   10 mL at 02/21/21 2158
  enoxaparin (LOVENOX) syringe 40 mg   40 mg subcutaneous Daily@1600 Jason
Matthew Tarno, DO   40 mg at 02/21/21 1534
  melatonin tablet 6 mg   6 mg oral Nightly PRN Albert Yuen Kwong Hor, MD
6 mg at 02/21/21 2159
  methocarbamoL (ROBAXIN) tablet 500-1,000 mg   500-1,000 mg oral QID PRN
Albert Yuen Kwong Hor, MD   1,000 mg at 02/22/21 0607
  methylPREDNISolone sodium succinate (PF) (Solu-MEDROL) injection 40 mg
40 mg intravenous Q6H Albert Yuen Kwong Hor, MD   40 mg at 02/22/21 0608
  multivitamin-minerals (THERAGRAN-M) tablet 1 tablet   1 tablet oral Daily
Albert Yuen Kwong Hor, MD   1 tablet at 02/22/21 0934
  ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg   4 mg oral Q4H PRN
Jason Matthew Tarno, DO   4 mg at 02/19/21 0023
 Or
  ondansetron (ZOFRAN) injection 4 mg   4 mg intravenous Q4H PRN Jason
Matthew Tarno, DO
  polyethylene glycol (GLYCOLAX) packet 17 g   17 g oral BID Albert Yuen
Kwong Hor, MD   17 g at 02/21/21 2200
  sennosides-docusate sodium (SENOKOT S) 8.6-50 mg tablet 1 tablet   1
tablet oral BID Albert Yuen Kwong Hor, MD   1 tablet at 02/22/21 0934
  sodium chloride (OCEAN) 0.65 % nasal spray 2 spray   2 spray each nostril
Q2H PRN Albert Yuen Kwong Hor, MD   2 spray at 02/20/21 1139
  zinc sulfate (ZINCATE, ORAZINC) tab/cap 220 mg   220 mg oral Daily
Albert Yuen Kwong Hor, MD   220 mg at 02/22/21 0934
Labs (last 24hrs)
CBC:
No results found for: WBC, RBC, HEMOGLOBIN, HEMATOCRIT
BMP:
Glucose
Date Value Ref Range Status
02/22/2021 148 (H) 70 - 99 mg/dL Final
CO2 Carbon Dioxide
Date Value Ref Range Status
02/22/2021 30 20 - 30 mmol/L Final
BUN Urea Nitrogen
Date Value Ref Range Status
02/22/2021 44 (H) 6 - 24 mg/dL Final
Calcium
Date Value Ref Range Status

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

FCR 23974-009

Name: BAKER, ANTOINE (M)   MRN: CEUE01852660   Account Number: 2402840056   Admission Date: 02/15/2021

02/22/2021 8.5 8.3 - 10.1 mg/dL Final
CMP:
Glucose
Date Value Ref Range Status
02/22/2021 148 (H) 70 - 99 mg/dL Final
CO2 Carbon Dioxide
Date Value Ref Range Status
02/22/2021 30 20 - 30 mmol/L Final
BUN Urea Nitrogen
Date Value Ref Range Status
02/22/2021 44 (H) 6 - 24 mg/dL Final
Creatinine
Date Value Ref Range Status
02/22/2021 1.30 0.65 - 1.36 mg/dL Final
BUN:Creatinine Ratio
Date Value Ref Range Status
02/22/2021 34 (H) 6 - 25 Final
Calcium
Date Value Ref Range Status
02/22/2021 8.5 8.3 - 10.1 mg/dL Final
Coagulation: No results found for: PT, INR, APTT
Cardiac markers:
No results found for: CKMB, TROPONINI, MYOGLOBIN
ABGs: No results found for: PH, PO2, PCO2
Micro
Anaerobic Culture:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Blood Culture:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Wound Culture:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Stool Culture:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Urine Culture:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Imaging (last 24hrs)
No results found.
Electronically signed by Albert Yuen Kwong Kor, MD at 2/22/2021 12:20 PM

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

**Progress Note - NGUYEN, TONVINH 02/27/2021 10:10**

CEUE01852660  Baker,Antoine                    04/19/1979  M
Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819              FUP 23974-009
HNO ID: 887792738
Author: Ton-Vinh Minh Nguyen, DO
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 2/27/2021 10:12 AM
Authentication Info: Progress Notes by Ton-Vinh Minh Nguyen, DO at 2/27/2021
10:10 AM
Note Text:
CHPG HOSPITALIST PROGRESS NOTE
T.V. Nguyen, DO
719-776-8040
PCP: No primary care provider on file.
Code Status: Full Code
DATE OF ADMISSION:  2/15/2021
Hospital Day 12
Impression:
41 y.o. yo male who comes from the Department of Corrections Facility in
Florence, CO for COVID infection with worsening sob.  He was originally
diagnosed with covid about 10 days ago.  Was initiated on steroids and
supplemental o2 and even seen at St Thomas More ER 2 days prior to
admission and discharged back to DOC Facility on 4lpm NC.  He presents due
to sob/doe with increased o2 needs to 6lpm.  On presentation here he
required 7lpm.
Dispo:
Inpatient due to treatment of his COVID 19, will be able to discharge once
patient is stable on 4L of oxygen
ACTIVE DIAGNOSES:
Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19
- original dx about 10 days prior to this admission; would need the
correctional facility value to confirm first positive, otherwise first
positive is this visit dated 2/15/21)
 - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days
ago, then increased to 6lpm prompting transfer from DoC back to the
hospital.
Plan
 - prednisone 15, will likely need slow taper over next 3 weeks
 - lasix prn
 - vitamin d, NAC, zinc, melatonin, pepcid
 - vapotherm prn, bipap prn
- prn crp and ddimer
- lovenox BID
- start combivent and flutter valve and IS
- Per CM, as this patient is from DOC, he needs to be stable on 4L before

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this
information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.
Page 8 of 12

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

FCP 23974-009

being able to be discharged
Dx: Sepsis Viral
 - wbc normal, afebrile, hr 91, rr 22, but while source could be lungs,
presumably may be from cytokine storm as a consequence of covid
 - ok to hold abx for now
 - no ivf given diuresis needs to limit ards/ild progression
 - monitor, since hes at risk of developing infxn at anytime
 - 2/17/21 lact still neg; cont covid management
Dx: Constipation
 - last bm 2/14/21
 - bowel regimen
DVT PPX: lovenox
GI PPX: pepcid
CONSULTS:
All Consulting Physicians - Current Visit
 Provider Specialty From To
 Amanda Wilson, DO Hospitalist 02/15/21 1727 02/15/21 1745
PROCEDURES:
 No surgery found
Chief Complaint:
Chief Complaint
Patient presents with
  Respiratory Distress
Subjective
Per nursing: pt doing the same, will try to wean down to 4L
Discussed with patient about COVID 19, oxygen level, need for
hospitalization, discharge planning, need to ambulate more
ROS:
Patient complains of SOB, cough, weakness
Patient denies fever, chills, chest pain
Objective
 Temp:  [36.8 C (98.2 F)-37.2 C (98.9 F)] 36.8 C (98.2 F)
Pulse:  [88-106] 98
Resp:  [20] 20
BP: (103-138)/(61-86) 118/83
O2 Flow Rate (L/min):  [5 L/min-10 L/min] 5 L/min
PHYSICAL EXAM:
GENERAL: moderate acute distress, pleasant, obese
Eyes: Reactive to light, EOMI
ENT: No discharge from nasal mucosa, dental  intact
CV: Regular rate and rhythm, gross murmurs
Peripheral pulses are equal on upper extremities
PULM: mild crackles noted bilaterally that are clearing up, tachypnea
noted
ABD: soft, non tender, non distented
GU: no flank tenderness, foley is absent
EXT: no gross cyanosis or clubbing, no edema
NEURO: Muscle tone and bulk within normal limits for age
Sensation grossly intact bilaterally
SKIN: no rash, warm, multiple tattooes noted on body
PSYCH: Alert and oriented X 3

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

speech is fluent
Current Medications
Continuous Infusions:
Scheduled Meds:acetaminophen, 650 mg, oral, BID AC
    acetylcysteine, 600 mg, oral, BID
    bisacodyL, 10 mg, rectal, Once
    cholecalciferol, 10,000 Units, oral, Daily
    enoxaparin, 50 mg, subcutaneous, Q12H
    famotidine, 20 mg, oral, BID
    melatonin, 6 mg, oral, Nightly
    multivitamin-minerals, 1 tablet, oral, Daily
    polyethylene glycol, 17 g, oral, BID
    predniSONE, 20 mg, oral, Daily with breakfast
    sennosides-docusate sodium, 1 tablet, oral, BID
    zinc sulfate, 220 mg, oral, Daily
PRN Meds:
    acetaminophen OR acetaminophen
    albuterol
    benzocaine-menthol
    dextromethorphan-guaiFENesin
    methocarbamoL
    ondansetron OR ondansetron
    sodium chloride
Labs (last 24 hours):
CBC:
WBC White Blood Count
Date Value Ref Range Status
02/25/2021 17.1 (H) 4.0 - 9.6 103/uL Final
RBC Red Blood Count
Date Value Ref Range Status
02/25/2021 5.33 4.40 - 5.89 106/uL Final
BMP:
Glucose
Date Value Ref Range Status
02/27/2021 92 70 - 99 mg/dL Final
CO2 Carbon Dioxide
Date Value Ref Range Status
02/27/2021 28 20 - 30 mmol/L Final
BUN Urea Nitrogen
Date Value Ref Range Status
02/27/2021 26 (H) 6 - 24 mg/dL Final
Calcium
Date Value Ref Range Status
02/27/2021 8.6 8.3 - 10.1 mg/dL Final
Coagulation: No results found for: PT, INR, APTT
Micro:
Microbiology Results (last 3 days)
  No results found for the last 72 hours.
Radiology: No results found.
Telemetry personally reviewed: none
I personally reviewed the patients PMH, Allergies, Social Hx, Family Hx,

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

labs, vitals, and current medications.
Ton-Vinh Minh Nguyen, DO
2/27/2021

FCP 23974-009

For any questions, please use Tiger Text to contact me
Electronically signed by Ton-Vinh Minh Nguyen, DO at 2/27/2021 10:12 AM

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

**Progress Note - NGUYEN, TONVINH 02/28/2021 13:44**

CEUE01852660  Baker,Antoine                    04/19/1979  M
Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-6819           FCP 23974-009
MNO ID: 888167156
Author: Ton-Vinh Minh Nguyen, DO
Service: Hospitalist
Author Type: Physician
Status: Signed
Filed: 2/28/2021  1:51 PM
Authentication Info: Progress Notes by Ton-Vinh Minh Nguyen, DO at 2/28/2021
1:44 PM
Note Text:
CHPG HOSPITALIST PROGRESS NOTE
T.V. Nguyen, DO
719-776-8040
PCP: No primary care provider on file.
Code Status: Full Code
DATE OF ADMISSION:  2/15/2021
Hospital Day 13
Impression:
41 y.o. yo male who comes from the Department of Corrections Facility in
Florence, CO for COVID infection with worsening sob.  He was originally
diagnosed with covid about 10 days ago.  Was initiated on steroids and
supplemental o2 and even seen at St Thomas More ER 2 days prior to
admission and discharged back to DOC Facility on 4lpm NC.  He presents due
to sob/doe with increased o2 needs to 6lpm.  On presentation here he
required 7lpm.
Dispo:
Inpatient due to treatment of his COVID 19, will be able to discharge once
patient is stable on 4L of oxygen, CM consulted to STM for discharge
planning to swing bed there for DOC rehab
ACTIVE DIAGNOSES:
Dx: Acute on subacute respiratory failure with hypoxia due to COVID 19
- original dx about 10 days prior to this admission; would need the
correctional facility value to confirm first positive, otherwise first
positive is this visit dated 2/15/21)
 - In ER, previous o2 need on dispo from STM was 4lpm only a coupld days
ago, then increased to 6lpm prompting transfer from DoC back to the
hospital.
Plan
 - prednisone 15, will likely need slow taper over next 3 weeks
 - lasix prn
 - vitamin d, NAC, zinc, melatonin, pepcid
 - vapotherm prn, bipap prn
- prn crp and ddimer
- lovenox BID
- start combivent and flutter valve and IS

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

- Per CM, as this patient is from DOC, he needs to be stable on 4L before being able to be discharged

Dx: Sepsis Viral

FCP
23974-009

- wbc normal, afebrile, hr 91, rr 22, but while source could be lungs, presumably may be from cytokine storm as a consequence of covid
- ok to hold abx for now
- no ivf given diuresis needs to limit ards/ild progression
- monitor, since hes at risk of developing infxn at anytime
- 2/17/21 lact still neg; cont covid management

Dx: Constipation
- last bm 2/14/21
- bowel regimen

DVT PPX: lovenox

GI PPX: pepcid

CONSULTS:

All Consulting Physicians - Current Visit
 Provider Specialty From To
 Amanda Wilson, DO Hospitalist 02/15/21 1727 02/15/21 1745

PROCEDURES:
 No surgery found

Chief Complaint:

Chief Complaint

Patient presents with
  Respiratory Distress

Subjective

Per nursing: pt doing the same, will try to wean down to 4L

Discussed with patient about COVID 19, oxygen level, need for hospitalization, discharge planning, need to ambulate more, will likely dc soon

ROS:

Patient complains of SOB, cough, weakness

Patient denies fever, chills, chest pain

Objective
 Temp: [36.3 C (97.4 F)-36.8 C (98.2 F)] 36.3 C (97.4 F)
 Pulse: [71-92] 76
 Resp: [18-20] 18
 BP: (112-130)/(66-77) 130/72
 O2 Flow Rate (L/min): [4 L/min] 4 L/min

PHYSICAL EXAM:

GENERAL: moderate acute distress, pleasant, obese

Eyes: Reactive to light, EOMI

ENT: No discharge from nasal mucosa, dental  intact

CV: Regular rate and rhythm, gross murmurs

Peripheral pulses are equal on upper extremities

PULM: clear to ascutation now, still have shallow breathing

ABD: soft, non tender, non distented

GU: no flank tenderness, foley is absent

EXT: no gross cyanosis or clubbing, no edema

NEURO: Muscle tone and bulk within normal limits for age

Sensation grossly intact bilaterally

SKIN: no rash, warm, multiple tattooes noted on body

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Page 11 of 13

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

PSYCH: Alert and oriented X 3
speech is fluent
Current Medications
Continuous Infusions:
Scheduled Meds:acetaminophen, 650 mg, oral, BID AC
    acetylcysteine, 600 mg, oral, BID
    aspirin, 81 mg, oral, Daily
    bisacodyL, 10 mg, rectal, Once
    cholecalciferol, 10,000 Units, oral, Daily
    enoxaparin, 50 mg, subcutaneous, Q12H
    famotidine, 20 mg, oral, BID
    melatonin, 6 mg, oral, Nightly
    multivitamin-minerals, 1 tablet, oral, Daily
    oxymetazoline, 2 spray, each nostril, BID
    polyethylene glycol, 17 g, oral, BID
    predniSONE, 15 mg, oral, Daily with breakfast
    sennosides-docusate sodium, 1 tablet, oral, BID
    sodium chloride-aloe vera, , each nostril, BID
    zinc sulfate, 220 mg, oral, Daily
PRN Meds:
    acetaminophen OR acetaminophen
    albuterol
    benzocaine-menthol
    dextromethorphan-guaiFENesin
    methocarbamoL
    ondansetron OR ondansetron
    sodium chloride
Labs (last 24 hours):
CBC:
No results found for: WBC, RBC, HEMOGLOBIN, HEMATOCRIT
BMP:
Glucose
Date Value Ref Range Status
02/27/2021 92 70 - 99 mg/dL Final
CO2 Carbon Dioxide
Date Value Ref Range Status
02/27/2021 28 20 - 30 mmol/L Final
BUN Urea Nitrogen
Date Value Ref Range Status
02/27/2021 26 (H) 6 - 24 mg/dL Final
Calcium
Date Value Ref Range Status
02/27/2021 8.6 8.3 - 10.1 mg/dL Final
Coagulation: No results found for: PT, INR, APTT
Micro:
Microbiology Results (last 3 days)
   No results found for the last 72 hours.
Radiology: No results found.
Telemetry personally reviewed: none
I personally reviewed the patients PMH, Allergies, Social Hx, Family Hx,
labs, vitals, and current medications.

FCP
23974-009

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Name: BAKER, ANTOINE (M)    MRN: CEUE01852660    Account Number: 2402840056    Admission Date: 02/15/2021

Ton-Vinh Minh Nguyen, DO
2/28/2021
For any questions, please use Tiger Text to contact me
Electronically signed by Ton-Vinh Minh Nguyen, DO at 2/28/2021  1:51 PM

FCP
23974-009

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this information. Any use, dissemination, distribution or copying of the information contained within this document is strictly prohibited.

Penrose Hospital
2222 N Nevada Ave
Colorado Springs CO 80907-
6819

Baker, Antoine
MRN: CEUE01852660, DOB: 4/19/1979, Sex: M
Adm: 2/15/2021, D/C: 3/2/2021

RVP 23974.009

**02/15/2021 - ED to Hosp Admission (Discharged) in Penrose Hospital 4W Medical (Continued)**

Notes (continued)

+ shortness of breath.  + cough.
No nausea, vomiting, diarrhea.  No fever or chills.
All other systems reviewed and negative.

## PAST MEDICAL HISTORY:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Depression | |

## PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CHEST SURGERY | | |

*motor vehicle accident with foreign body to chest. had surgery to revome FB to left chest*

## FAMILY HISTORY:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Prostate cancer | Father | |
| • Colon cancer | Father | |

## SOCIAL HISTORY:
Social History

Tobacco Use:

| • Smoking status: | Never Smoker |
|---|---|
| • Smokeless tobacco: | Never Used |

Substance Use Topics:

| • Alcohol use: | Not Currently |
|---|---|

## MEDICATIONS:
Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking | Authorizing Provider |
|---|---|---|---|---|---|
| dexAMEThasone (DECADRON) 4 MG tablet | Take 1.5 tablets (6 mg) by mouth 2 times a day with breakfast and dinner for 5 days. May crush tablets into juice, formula, or soft food that your child is already taking. | 2/13/21 | 2/18/21 | | Robert Dean Lins, DO |

## ALLERGIES:
Allergies

| Allergen | Reactions |
|---|---|
| • Zoloft [Sertraline] | Hives |

# Centura Laboratory Services

**Baker, Antoine Demetris** CEUE01852660
M, 42 yrs, 4/19/1979
PO BOX 10269, JACKSONVILLE FL 32247
H: 855-292-9526

*Arkansas Valley Surgical Center*
*933 Sells Avenue*
*Canon City Colorado 81212*

**Authorizing Provider**

| **James Fred Reppert, MD** | | F: 855-580-2882 | |
|---|---|---|---|

**SURGICAL** (Final result)                                      MS22-000096

| Authorizing Provider: | James Fred Reppert, MD | Ordering Provider: | James Fred Reppert, MD |
|---|---|---|---|
| Ordering Location: | St Thomas More Hospital Laboratory | Collected: | 01/26/2022 0800 |
| Pathologist: | Barret Charles Lawshe, MD | Received: | 01/27/2022 0803 |

## Specimens
**A**   Large Intestine, Rectum, Anal fissure biopsy

## Final Diagnosis
**Anal fissure, biopsy**
   **-Squamous mucosal erosion with moderate acute inflammation.**

This report has been distributed to Dr. Reppert, Florence Federal Bureau of Prisons and Arkansas Valley Surgery Center

Electronically signed by Barret Charles Lawshe, MD on 1/28/2022 at 1054

## Clinical Information
42 year old male with anal pain, hemorrhage of anus and rectum, other specified diseases of anus and rectum
   A. Anal fissure biopsy

## Gross Description
Received in formalin labeled, "Baker, Antoine Demetris and anal fissure biopsy" and consists of 4 tan tissue fragments admixed with vegetative material ranging 0.1 to 0.3 cm. The specimen is submitted in toto in cassette A1 with request for steps.

J. Corirossi, MS, PA (ASCP) 01/27/22

## Microscopic Description
Step sections show nonkeratinizing squamous mucosa and submucosa with a mucosal erosion and moderate acute inflammation. No viral cytopathic changes, fungi or evidence of dysplasia are found. A scant amount of unremarkable transitional type mucosa is present. Colonic mucosa is not present.

**Resulting Labs**

| **PENLab** | PEN LABORATORY, 2222 N Nevada Ave, COLORADO SPRINGS CO 80907 | 719-776-5101 |
|---|---|---|

*Results of me not Being treated in 2 years*

Baker, Antoine Demetris (MR # CEUE01852660) DOB: 04/19/1979      Encounter Date: 01/27/2022

**Print Single Result**

Surgical Pathology Exam (Order #429663185) on 1/27/22 - See Hyperspace for full Linked Orders Report

**Patient Information**

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Baker, Antoine Demetris (CEUE01852660) | Male | 4/19/1979 |

**Surgical Pathology Exam: MS22-000096** Final result      Order: 429663185

Status: **Final result**

| Component | Resulting Agency |
|---|---|
| **Final Diagnosis** | |
| **Anal fissure, biopsy** | |
|     **-Squamous mucosal erosion with moderate acute inflammation.** | |

This report has been distributed to Dr. Reppert, Florence Federal Bureau of Prisons and Arkansas Valley Surgery Center

Electronically signed by Barret Charles Lawshe, MD on 1/28/2022 at 10:54 AM

**Clinical Information**    STM LABORATORY

    42 year old male with anal pain, hemorrhage of anus and rectum, other specified diseases of anus and rectum
      A. Anal fissure biopsy

**Gross Description**    PEN LABORATORY

Received in formalin labeled, "Baker, Antoine Demetris and anal fissure biopsy" and consists of 4 tan tissue fragments admixed with vegetative material ranging 0.1 to 0.3 cm. The specimen is submitted in toto in cassette A1 with request for steps.

J. Corirossi, MS, PA (ASCP) 01/27/22

**Microscopic Description**    PEN LABORATORY

Step sections show nonkeratinizing squamous mucosa and submucosa with a mucosal erosion and moderate acute inflammation. No viral cytopathic changes, fungi or evidence of dysplasia are found. A scant amount of unremarkable transitional type mucosa is present. Colonic mucosa is not present.

Specimen Collected: 01/26/22 8:00 AM      Last Resulted: 01/28/22 10:54 AM

**Result Care Coordination**

Patient Communication

  ⊙ 1/28/2022 10:54 AM      ✗ Not seen

**Lab Information**

Lab
PEN LABORATORY
Responsible Users
Barret Charles Lawshe, MD Staff Pathologist

Baker, Antoine Demetris DOB: 04/19/1979 Printed at 1/28/22 10:54 AM      Page 1 of 2

Baker, Antoine Demetris (MR # CEUE01852660) DOB: 04/19/1979

Encounter Date: 01/27/2022

**Lab Information (continued)**

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/27/2022 8:01 AM | James Fred Reppert, MD | STM LABORATORY | STM CS |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jan 26, 2022 | 8:00 AM | Jan 27, 2022 | 11:03 AM | Jan 28, 2022 | 10:54 AM |

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Cinda Fortune | -- | -- | -- |
| Authorizing Provider | James Fred Reppert, MD | 719-275-4151 | -- | -- |

### Additional Information

| Specimen ID | Specimen Type | Specimen Source | Bill Type | Client ID |
|---|---|---|---|---|
| MS22-000096 | Tissue | Large Intestine, Rectum | Client [1] | |

## Recipient List for Orders

No recipients found.

**Lab Component SmartPhrase Guide**

Surgical Pathology Exam (Order #429663185) on 1/27/22 - See Hyperspace for full Linked Orders Report



The note from 12/02/2020 states was seen for persistent pain despite the use of suppositories. Denies blood in stool, denies abdominal pain. Pain is primarily when he has a BM. I don't see or palpate any hemorrhoids. Anal fissure? The rectal ointment was ordered at this encounter and you were informed to place another cop out is not improved.

You were seen for sick call on 01/06/2021. Lidocaine jelly was ordered to use three times per day as needed for 30 days. You refused an evaluation by the provider stating you had been evaluated prior.

You had an order for Hydrocortisone Acetaminophen suppositories ordered on 11/23/2020 with a second refill on 12/23/2020. You also had an order for Nitroglycerin rectal ointment ordered on 12/03/2020 with an expiration date of 12/17/2020.

Your mental health medication was discontinued after psychology and medical compared current documentation.

*Clendgren*

1/21/21

*THiS LADy DeniED Me medical treatment IN SHe LiED Like SHe Seen me IN cHeck'ed me out*





# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-26-2007 - Eval/Rpt - Medical Consultation
**Reg Number-Name:** 23974-009 - BAKER, ANTOINE D.
**Author:** DANIEL FOX, Ph.D., STAFF PSYCH
**Institution:** HOU - HOUSTON FDC

---

Inmate Baker was brought to medical for consultation. He was tearful and paranoid; he described fearing that his youngest child was going to kill him nd that medical professionals were giving him medication to kill him. He was calm and cooperative throughout the consultation. He has been smoking formaldehyde for many years and it is likely that his symptoms are a result of organic brain disease. He was given Klonopin, Zyprexa, and Zoloft. Inmate Baker is facing the death penalty for 3 counts of murder. Negative for S/H ideation or intent.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

Doxepin,
cogentin
TRizER Dome
PRolixem
7ypexa

Klonopin, Zyprexa, and Zoloft
BenztRopine,

Injectoin
Prolixion
2wk

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: BAKER, ANTOINE DEMETRIS | | Reg #: 23974-009 | |
| Date of Birth: 04/19/1979 | Sex: M  Race: BLACK | Facility: FLP | |
| Encounter Date: 06/05/2020 12:43 | Provider: Norton, Jade DO | Unit: Z02 | |

---

Physician - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Norton, Jade DO

**Chief Complaint:** GENERAL

**Subjective:**  41 yr old male seen in SHU.  I was asked to see him to assess the appropriateness of haloperidol.  He states he started many years ago when he hospitalized in "mental hospital" for a mental breakdown.  He was hearing voices at the time and still does at times.  He has tried to wean himself off haloperidol and he starts hearing voices again.  He denies current suicidal ideations.

**Pain:**  No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 98.7 | 37.1 | | Norton, Jade DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 84 | | | Norton, Jade DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 16 | Norton, Jade DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 128/84 | | | | Norton, Jade DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 98 | | Norton, Jade DO |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 12:45 FLX | 200.0 | 90.7 | | Norton, Jade DO |

**Exam Comments**

VSS
Gen App: good, no distress
Neck: no thyroid masses, lymphadenopathy or bruits
Heart: RRR, no murmur
Lungs: CTA, no distress
Ext: no CCE
Neuro: no gross motor or sensory deficits

**ASSESSMENT:**

Schizoaffective disorder, 295.7 - Resolved

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BAKER, ANTOINE DEMETRIS | | Reg #: | 23974-009 |
| Date of Birth: | 04/19/1979 | Sex: M   Race: BLACK | Facility: | FLP |
| Encounter Date: | 06/05/2020 12:43 | Provider: Norton, Jade DO | Unit: | Z02 |

**PLAN:**

**Other:**

Impression: evaluation

1) Schizoaffective D/O ??? - Apparently some previous concern regarding malingering. Psych RN and I interviewed together today and due to some persistent AH. Therefore, I think he should continue the haloperidol.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/05/2020 | Counseling | Access to Care | Norton, Jade | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Norton, Jade DO on 06/05/2020 12:51

Reg #:  23974-009                    Inmate Name:  BAKER, ANTOINE DEMETRIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | V | ICD-9 | G3 | 05/12/2010 | Resolved | 11/17/2010 |
| 06/11/2010 10:01 EST  Castillo, L. M. MLP | III | ICD-9 | G3 | 05/12/2010 | Resolved | 05/12/2010 |
| 05/12/2010 11:35 EST  Ortiz, Angel MD/Clinical Director | III | ICD-9 | G3 | 05/12/2010 | Current | 05/12/2010 |
| GAF 71 - 100 | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | V | ICD-9 | G4 | 02/04/2016 | Resolved | 02/04/2016 |
| 02/04/2016 10:31 EST  Marrero, Maria F MD | V | ICD-9 | G4 | 02/04/2016 | Current | 02/04/2016 |
| Confirmed case COVID-19 | | | | | | |
| 03/23/2021 11:26 EST  Resto, William MD/CD | | ICD-10 | U07.1 | 03/15/2021 | Resolved | 03/15/2021 |
| 03/23/21 Recovering from severe Covid 19 pneumonia infection, | | | | | | |
| 03/15/2021 16:17 EST  Bayer, S. PA-C | | ICD-10 | U07.1 | 03/15/2021 | Resolved | 03/15/2021 |
| History of schizophrenia | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V11.0 | 03/26/2007 | Resolved | 05/10/2012 |
| A  I  Antisocial personality,  A II  Polysubstance abuse, Organic Brain Syndrome Shizophrenia  A III  O  A IV  Incarceration  A V  50 inmate wants to DC all his meds. Convinced to taper off his Zoloft until Psychology can talk with him | | | | | | |
| 05/10/2012 13:38 EST  Martinez, R. MD | III | ICD-9 | V11.0 | 03/26/2007 | Current | 05/10/2012 |
| A  I  Antisocial personality,  A II  Polysubstance abuse, Organic Brain Syndrome Shizophrenia  A III  O  A IV  Incarceration  A V  50 inmate wants to DC all his meds. Convinced to taper off his Zoloft until Psychology can talk with him | | | | | | |
| 11/17/2010 15:08 EST  Severn, D. DO | III | ICD-9 | V11.0 | 03/26/2007 | Resolved | 03/26/2007 |
| A  I  Antisocial personality,  A II  Polysubstance abuse, Organic Brain Syndrome Shizophrenia  A III  O  A IV  Incarceration  A V  50 inmate wants to DC all his meds. Convinced to taper off his Zoloft until Psychology can talk with him | | | | | | |
| 11/27/2008 12:40 EST  Fitzwater, Patrick PA-C | III | ICD-9 | V11.0 | 03/26/2007 | Current | 03/26/2007 |
| A  I  Antisocial personality,  A II  Polysubstance abuse, Organic Brain Syndrome Shizophrenia  A III  O  A IV  Incarceration  A V  50 inmate wants to DC all his meds. Convinced to taper off his Zoloft until Psychology can talk with him | | | | | | |
| 03/26/2007 14:37 EST  Cubb, Anthony MD | III | ICD-9 | V11.0 | 03/26/2007 | Current | 03/26/2007 |
| A  I  Antisocial personality,  A II  Polysubstance abuse, Organic Brain Syndrome Shizophrenia  A III  O  A IV  Incarceration  A V  50 | | | | | | |
| Gen psych exam, see health prob list | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.2 | 05/25/2011 | Resolved | 05/25/2011 |
| see problem list | | | | | | |
| 02/04/2016 10:30 EST  Marrero, Maria F MD | III | ICD-9 | V70.2 | 05/25/2011 | Current | 05/25/2011 |
| see problem list | | | | | | |
| 05/25/2011 18:47 EST  Severn, D. DO | III | ICD-9 | V70.2 | 05/25/2011 | Current | 05/25/2011 |

Reg #: 23974-009 | Inmate Name: BAKER, ANTOINE DEMETRIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/06/2012 11:14 EST  Montolio, Joaquin MLP | III | ICD-9 | 920 | 01/06/2012 | Current | 01/06/2012 |
| **Forearm, contusion** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 923.10 | 01/06/2012 | Resolved | 08/10/2013 |
| 08/10/2013 06:55 EST  Wilson, Alicia PA-C | III | ICD-9 | 923.10 | 01/06/2012 | Resolved | 08/10/2013 |
| 01/06/2012 11:14 EST  Montolio, Joaquin MLP | III | ICD-9 | 923.10 | 01/06/2012 | Current | 01/06/2012 |
| **Hand(s), contusion** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 923.20 | 01/06/2012 | Resolved | 08/10/2013 |
| 08/10/2013 06:55 EST  Wilson, Alicia PA-C | III | ICD-9 | 923.20 | 01/06/2012 | Resolved | 08/10/2013 |
| 01/06/2012 11:14 EST  Montolio, Joaquin MLP | III | ICD-9 | 923.20 | 01/06/2012 | Current | 01/06/2012 |
| **Head injury, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 959.01 | 05/22/2012 | Resolved | 02/04/2016 |
| 02/04/2016 10:29 EST  Marrero, Maria F MD | III | ICD-9 | 959.01 | 05/22/2012 | Resolved | 02/04/2016 |
| 05/22/2012 12:14 EST  Gonzalez, Victor MD | III | ICD-9 | 959.01 | 05/22/2012 | Current | 05/22/2012 |
| **Deferred** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | II | ICD-9 | Axis II: | 06/11/2010 | Resolved | 02/04/2016 |
| 02/04/2016 10:31 EST  Marrero, Maria F MD | II | ICD-9 | Axis II: | 06/11/2010 | Current | 02/04/2016 |
| 11/17/2010 15:08 EST  Severn, D. DO | III | ICD-9 | Axis II: | 06/11/2010 | Resolved | 06/11/2010 |
| 06/11/2010 10:01 EST  Castillo, L. M. MLP | III | ICD-9 | Axis II: | 06/11/2010 | Current | 06/11/2010 |
| **Psychosocial and environmental problems** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM  incarceration | IV | ICD-9 | Axis IV | 05/12/2010 | Resolved | 05/25/2011 |
| 02/04/2016 10:30 EST  Marrero, Maria F MD  incarceration | IV | ICD-9 | Axis IV | 05/12/2010 | Current | 05/25/2011 |
| 05/12/2010 11:35 EST  Ortiz, Angel MD/Clinical Director | III | ICD-9 | Axis IV | 05/12/2010 | Current | 05/12/2010 |
| **Schizoaffective Disorder: Depressive Type** | | | | | | |
| 06/28/2017 16:10 EST  Johnson, Rachel PsyD | I | DSM-IV | F25.1 | 11/23/2016 | Resolved | 06/28/2017 |
| 11/23/2016 10:22 EST  Bonner, Brittany PsyD | I | DSM-IV | F25.1 | 11/23/2016 | Remission | 11/23/2016 |
| **Anxiety disorder** | | | | | | |
| 03/15/2019 14:44 EST  Kenney, Pamela FNP | | ICD-10 | F419 | 03/20/2018 | Resolved | 03/15/2019 |
| 03/20/2018 08:03 EST  Kenney, Pamela FNP | | ICD-10 | F419 | 03/20/2018 | Current | |
| **GAF 31 - 50** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | V | ICD-9 | G2 | 06/11/2010 | Resolved | 02/04/2016 |
| 02/04/2016 10:30 EST  Marrero, Maria F MD | V | ICD-9 | G2 | 06/11/2010 | Resolved | 02/04/2016 |
| 06/11/2010 10:02 EST  Castillo, L. M. MLP | III | ICD-9 | G2 | 06/11/2010 | Current | 06/11/2010 |
| **GAF 51 - 70** | | | | | | |

Reg #: 23974-009                Inmate Name: BAKER, ANTOINE DEMETRIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/04/2016 10:29 EST  Marrero, Maria F MD | III | ICD-9 | 268.9 | 03/11/2014 | Resolved | 02/04/2016 |
| 03/11/2014 12:27 EST  Harris, Rebekah NP-C | III | ICD-9 | 268.9 | 03/11/2014 | Current | 03/11/2014 |
| **Schizoaffective disorder** | | | | | | |
| 03/23/2021 11:26 EST  Resto, William MD/CD | I | ICD-9 | 295.7 | 06/11/2010 | Resolved | 01/05/2021 |
|     R/O malingering03/23/21  Denies suicide ideas/hallucination. | | | | | | |
| 01/05/2021 09:46 EST  Norton, Jade DO | I | ICD-9 | 295.7 | 06/11/2010 | Resolved | 01/05/2021 |
|     R/O malingering | | | | | | |
| 11/23/2020 10:02 EST  Norton, Jade DO | I | ICD-9 | 295.7 | 06/11/2010 | Current | 11/23/2020 |
|     R/O malingering | | | | | | |
| 05/28/2020 08:34 EST  Norton, Jade DO | I | ICD-9 | 295.7 | 06/11/2010 | Resolved | 05/28/2020 |
|     R/O malingering | | | | | | |
| 01/20/2011 16:11 EST  Severn, D. DO | III | ICD-9 | 295.7 | 06/11/2010 | Current | 01/20/2011 |
|     R/O malingering | | | | | | |
| 06/11/2010 10:00 EST  Castillo, L. M. MLP | III | ICD-9 | 295.7 | 06/11/2010 | Current | 06/11/2010 |
| **Antisocial personality disorder** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | II | ICD-9 | 301.7 | 03/26/2007 | Resolved | 05/25/2011 |
| 01/20/2011 16:11 EST  Severn, D. DO | III | ICD-9 | 301.7 | 03/26/2007 | Current | 01/20/2011 |
| 05/15/2009 11:38 EST  Cubb, Anthony MD | III | ICD-9 | 301.7 | 03/26/2007 | Current | 03/26/2007 |
|     Axis I  Antisocial personality disorder  301.7 | | | | | | |
|     II GAD | | | | | | |
|     III 1. H/O asthma  2. H/O gastritis | | | | | | |
|     IV legal | | | | | | |
|     V gaf 50-60. | | | | | | |
| 03/26/2007 08:26 EST  Garza, Roberto MD | III | ICD-9 | 301.7 | 03/26/2007 | Current | 03/26/2007 |
|     Axis I  Antisocial personality disorder  301.7      II GAD      III 1. H/O asthma  2. H/O | | | | | | |
|     gastritis      IV legal      V gaf 50-60 | | | | | | |
| **Adjustment disorder with depressed mood** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | I | ICD-9 | 309.0 | 03/26/2007 | Resolved | 01/20/2011 |
| 01/20/2011 16:11 EST  Severn, D. DO | III | ICD-9 | 309.0 | 03/26/2007 | Resolved | 01/20/2011 |
| 03/26/2007 14:37 EST  Cubb, Anthony MD | III | ICD-9 | 309.0 | 03/26/2007 | Current | 03/26/2007 |
| **Acute postoperative pain, other** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 338.18 | 12/31/2013 | Resolved | 02/04/2016 |
| 02/04/2016 10:30 EST  Marrero, Maria F MD | III | ICD-9 | 338.18 | 12/31/2013 | Resolved | 02/04/2016 |
| 12/31/2013 13:07 EST  Mixson, James DMD | III | ICD-9 | 338.18 | 12/31/2013 | Current | 12/31/2013 |
| **Pharyngitis, acute** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 462 | 12/11/2014 | Resolved | 02/04/2016 |
| 02/04/2016 10:30 EST  Marrero, Maria F MD | III | ICD-9 | 462 | 12/11/2014 | Resolved | 02/04/2016 |
| 12/11/2014 17:31 EST  Lemons, Kimberly R DO | III | ICD-9 | 462 | 12/11/2014 | Current | 12/11/2014 |

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 23974-009                    Inmate Name: BAKER, ANTOINE DEMETRIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Dental caries, unspecified**

| 12/02/2013 13:42 EST  Chipps, Tammy L. DDS | III | ICD-9 | 521.00 | 12/02/2013 | Current | 12/02/2013 |
|---|---|---|---|---|---|---|

**Dermatophytosis [tinea, ringworm]**

| 12/10/2018 13:08 EST  Cunnagin, Carrie DO | | ICD-10 | B359 | 12/10/2018 | Current | |
|---|---|---|---|---|---|---|
| toenails-cosmetic in nature. | | | | | | |

**Antisocial Personality Disorder**

| 04/02/2021 15:24 EST  Martin, Heather PsyD | II | DSM-IV | F60.2*b | 04/02/2021 | Current | |
|---|---|---|---|---|---|---|
| 06/11/2020 11:53 EST  Todd, G. PhD, Restrictive Housing Psychologist | II | DSM-IV | F60.2*b | 06/11/2020 | Current | |

**Carpal tunnel syndrome**

| 06/26/2019 11:20 EST  Pedro, Amber PA-C | | ICD-10 | G5600 | 06/26/2019 | Current | |
|---|---|---|---|---|---|---|
| B/L L>R | | | | | | |

**Constipation, unspecified**

| 04/01/2021 15:44 EST  Bayer, S. PA-C | | ICD-10 | K5900 | 04/01/2021 | Current | |
|---|---|---|---|---|---|---|

**Hemorrhage of anus and rectum**

| 11/23/2020 09:55 EST  Norton, Jade DO | | ICD-10 | K625 | 11/23/2020 | Current | |
|---|---|---|---|---|---|---|

**Disease of anus and rectum, unspecified**

| 09/01/2020 09:57 EST  Norton, Jade DO | | ICD-10 | K629 | 09/01/2020 | Current | |
|---|---|---|---|---|---|---|

**HCV Negative**

| 01/05/2021 13:58 EST  Klang, K PharmD | | ICD-10 | Z1159- | 01/05/2021 | Current | |
|---|---|---|---|---|---|---|
| 4/16/20 | | | | | | |

**Malingering**

| 04/02/2021 15:24 EST  Martin, Heather PsyD | I | DSM-IV | Z76.5 | 04/02/2021 | Current | |
|---|---|---|---|---|---|---|
| 06/28/2017 16:10 EST  Johnson, Rachel PsyD | I | DSM-IV | Z76.5 | 06/28/2017 | Current | |

## Resolved

**Unspecified vitamin D deficiency**

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 268.9 | 03/11/2014 | Resolved | 02/04/2016 |
|---|---|---|---|---|---|---|



# Federal Bureau of Prisons
## Psychology Data System

|  |  |
|---|---|
| **Date-Title:** | 11-25-2009 - Current Diagnosis |
| **Reg Number-Name:** | 23974-009 - BAKER, ANTOINE D. |
| **Author:** | JOSELITO G. FAUSTINO, Psy.D., DRUG ABUSE PROG COORD |
| **Institution:** | VIP - VICTORVILLE USP |

**AXIS I:**   Depressive Disorder - NOS
         Polysubstance Dependence

**AXIS II:**   Antisocial personality Disorder

**Comments:**

The above diagnoses are provided as evidenced and result of the intake screening and review of his Sentry and PDS records.

Dear HonoraABle Judge Miller

I Just got Here 3 months AGO
In All Respect I no nothing
About the LAW But I Did
Follow Protical I Had WARDEN
BarnHart, In the Secand
Warden, Love It, too Denie
me 2 times But I Left Florance
● A Day Before I could Recieve
the secand Denial From, Love It,
It was sopose too By LAW get
Back In my Hands 30 days By
Program statement I sumitted It
So It sHould Be oN RECORD For
You In Florence, We Have Been
On Lock Down Here In Pollock
Since I Been Here We Have no time
too walk the yard Here Because Its
Allways on Lock Down Also Am up
too go too the CHallange Program
Soon Thank you Judge   WITH Respect

Antoine Baker # 23974-009

It may Be In these People
          RECORDS